## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ACCURIDE CORPORATION., et al., ) | Case No. 09-13449 |
| ) | Joint Administration Pending |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS BY MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AS COUNSEL FOR *AD HOC* NOTEHOLDER GROUP

PLEASE TAKE NOTICE that Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank") hereby appears (the "Notice of Appearance") as counsel for The Ad Hoc Noteholder Group of holders of Accuride Corp.'s 8.5% Senior Subordinated Notes due 2015 (the "Ad Hoc Noteholder Group")[1] pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

Paul S. Aronzon, Esq.
Robert C. Shenfeld, Esq.
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa Street,
Los Angeles, California 90071
Telephone: (213) 892-4000
Facsimile: (213) 892-4732
Email: paronzon@milbank.com
       rshenfeld@milbank.com

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4100
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com
      mbillion@pszjlaw.com

---

[1] The list of members of the *Ad Hoc* Noteholder Group is annexed hereto as Exhibit "A."

#4852-4706-7652v1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading or claim waives (1) any right to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural right.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments against a debtor or any other entities either in this case or in any other action are expressly reserved.

Dated: October 8, 2009

        MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Paul S. Aronzon
Robert C. Shenfeld
601 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 892-4000
Facsimile: (213) 892-4732
paronzon@milbank.com
rshenfeld@milbank.com

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4100
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       mbillion@pszjlaw.com

Attorneys for Ad Hoc Noteholder Group

Exhibit "A"
to
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES AND PAPERS BY MILBANK, TWEED, HADLEY & McCLOY LLP

a. BlackRock Financial Management, Inc.
40 East 52nd St., 4th Flr.
New York, NY  10022

b. Brigade Capital Management, LLC
399 Park Avenue
New York, NY  10022

c. Canyon Capital Advisors LLC
2000 Avenue of the Stars
11th Floor
Los Angeles, CA  90067-4700

d. Principal Global Investors
191 N Wacker Drive – Suite 1601
Chicago, IL  60606

e. Sankaty Advisors, LLC
111 Huntington Avenue
Boston, MA  02199

f. Tinicum Incorporated
800 Third Avenue, 40th Floor
New York, NY  10022

#4852-4706-7652v1