# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ACCURIDE CORPORATION,<br>       Debtor.<br><br>Tax I.D. No. 61-1109077 | Case No. 09-13449<br><br>Chapter 11 |
| In re:<br>ACCURIDE CUYAHOGA FALLS, INC.,<br>       Debtor.<br><br>Tax I.D. No. 34-1949556 | Case No. 09-13450<br><br>Chapter 11 |
| In re:<br>ACCURIDE DISTRIBUTING, LLC,<br>       Debtor.<br><br>Tax I.D. No. 26-2493124 | Case No. 09-13451<br><br>Chapter 11 |
| In re:<br>ACCURIDE EMI, LLC,<br>       Debtor.<br><br>Tax I.D. No. N/A | Case No. 09-13452<br><br>Chapter 11 |
| In re:<br>ACCURIDE ERIE, L.P.,<br>       Debtor.<br><br>Tax I.D. No. 76-0534862 | Case No. 09-13453<br><br>Chapter 11 |
| In re:<br>ACCURIDE HENDERSON LIMITED LIABILITY COMPANY,<br>       Debtor.<br>Tax I.D. No. 61-1318596 | Case No. 09-13454<br><br>Chapter 11 |
| In re:<br>AKW GENERAL PARTNER L.L.C.,<br>       Debtor.<br><br>Tax I.D. No. 76-0534861 | Case No. 09-13455<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br>AOT, INC.,<br>   Debtor.<br><br>Tax I.D. No. 34-1683088 | Case No. 09-13456<br><br>Chapter 11 |
| In re:<br>BOSTROM HOLDINGS, INC.,<br>   Debtor.<br><br>Tax I.D. No. 36-4129282 | Case No. 09-13457<br><br>Chapter 11 |
| In re:<br>BOSTROM SEATING, INC.,<br>   Debtor.<br><br>Tax I.D. No. 39-1507179 | Case No. 09-13458<br><br>Chapter 11 |
| In re:<br>BOSTROM SPECIALTY SEATING, INC.,<br>   Debtor.<br><br>Tax I.D. No. 36-4264182 | Case No. 09-13459<br><br>Chapter 11 |
| In re:<br>BRILLION IRON WORKS, INC.,<br>   Debtor.<br><br>Tax I.D. No. 39-1506942 | Case No. 09-13460<br><br>Chapter 11 |
| In re:<br>ERIE LAND HOLDING, INC.,<br>   Debtor.<br><br>Tax I.D. No. 20-2218018 | Case No. 09-13461<br><br>Chapter 11 |
| In re:<br>FABCO AUTOMOTIVE CORPORATION,<br>   Debtor.<br><br>Tax I.D. No. 13-3369802 | Case No. 09-13462<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br>GUNITE CORPORATION,<br>Debtor.<br><br>Tax I.D. No. 13-3369803 | Case No. 09-13463<br><br>Chapter 11 |
| In re:<br>IMPERIAL GROUP HOLDING CORP. -1,<br>Debtor.<br><br>Tax I.D. No. 36-4284007 | Case No. 09-13464<br><br>Chapter 11 |
| In re:<br>IMPERIAL GROUP HOLDING CORP. -2,<br>Debtor.<br><br>Tax I.D. No. 36-4284009 | Case No. 09-13465<br><br>Chapter 11 |
| In re:<br>IMPERIAL GROUP, L.P.,<br>Debtor.<br><br>Tax I.D. No. 36-4284012 | Case No. 09-13466<br><br>Chapter 11 |
| In re:<br>JAII MANAGEMENT COMPANY,<br>Debtor.<br><br>Tax I.D. No. N/A | Case No. 09-13467<br><br>Chapter 11 |
| In re:<br>TRANSPORTATION TECHNOLOGIES INDUSTRIES, INC.,<br>Debtor.<br><br>Tax I.D. No. 25-1672791 | Case No. 09-13468<br><br>Chapter 11 |
| In re:<br>TRUCK COMPONENTS, INC.,<br>Debtor.<br><br>Tax I.D. No. 36-3535407 | Case No. 09-13469<br><br>Chapter 11 |

# ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' RELATED CHAPTER 11 CASES

("Joint Administration Order")

Upon consideration of the motion (the "**Motion**") [1] of the Debtors for entry of an order authorizing the procedural consolidation and joint administration of these Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

4. The caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACCURIDE CORPORATION, et al.,[1] | Case No. 09-13449 (BLS) |
| Debtors. | Jointly Administered |

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Accuride Corporation to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these Chapter 11 Cases of Accuride Corporation. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 09-13449.

6. The foregoing caption shall satisfy the requirements of Bankruptcy Code § 342(c)(1).

7. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation, a Delaware corporation (9077); Accuride Cuyahoga Falls, Inc., a Delaware corporation (9556); Accuride Distributing, LLC, a Delaware limited liability company (3124); Accuride EMI, LLC, a Delaware limited liability company (N/A); Accuride Erie L.P., a Delaware limited partnership (4862); Accuride Henderson Limited Liability Company, a Delaware limited liability company (8596); AKW General Partner L.L.C., a Delaware limited liability company (4861); AOT Inc., a Delaware corporation (3088); Bostrom Holdings, Inc., a Delaware corporation (9282); Bostrom Seating, Inc., a Delaware corporation (7179); Bostrom Specialty Seating, Inc., a Delaware corporation (4182); Brillion Iron Works, Inc., a Delaware corporation (6942); Erie Land Holding, Inc., a Delaware corporation (8018); Fabco Automotive Corporation, a Delaware corporation (9802); Gunite Corporation, a Delaware corporation (9803); Imperial Group Holding Corp. -1, a Delaware corporation (4007); Imperial Group Holding Corp. -2, a Delaware corporation (4009); Imperial Group, L.P., a Delaware limited partnership (4012); JAII Management Company, a Delaware corporation (N/A); Transportation Technologies Industries, Inc., a Delaware corporation (2791); and Truck Components Inc., a Delaware corporation (5407). The mailing address for Accuride Corporation is 7140 Office Circle, Evansville, Indiana 47715.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 9, 2009
        Wilmington, Delaware

_____
Brendan L. Shannon
United States Bankruptcy Judge

DB02:8766176.3     068746.1001