## EXHIBIT B

## Heller Declaration

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACCURIDE CORPORATION, *et al.,*[1] | Case No. 09-13449 (BLS) |
| Debtors. | Jointly Administered |

## DECLARATION OF DAVID S. HELLER IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY LATHAM & WATKINS LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, David S. Heller, being duly sworn, state the following under penalty of perjury.

1.     I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe and Asia. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification upon L&W's completion of further review or as additional party in interest information becomes available to L&W, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation, a Delaware corporation (9077); Accuride Cuyahoga Falls, Inc., a Delaware corporation (9556); Accuride Distributing, LLC, a Delaware limited liability company (3124); Accuride EMI, LLC, a Delaware limited liability company (N/A); Accuride Erie L.P., a Delaware limited partnership (4862); Accuride Henderson Limited Liability Company, a Delaware limited liability company (8596);; AKW General Partner L.L.C., a Delaware limited liability company (4861); AOT Inc., a Delaware corporation (3088); Bostrom Holdings, Inc., a Delaware corporation (9282); Bostrom Seating, Inc., a Delaware corporation (7179); Bostrom Specialty Seating, Inc., a Delaware corporation (4182); Brillion Iron Works, Inc., a Delaware corporation (6942); Erie Land Holding, Inc., a Delaware corporation (8018); Fabco Automotive Corporation, a Delaware corporation (9802); Gunite Corporation, a Delaware corporation (9803); Imperial Group Holding Corp. -1, a Delaware corporation (4007); Imperial Group Holding Corp. -2, a Delaware corporation (4009); Imperial Group, L.P., a Delaware limited partnership (4012); JAII Management Company, a Delaware corporation (N/A); Transportation Technologies Industries, Inc., a Delaware corporation (2791); and Truck Components Inc., a Delaware corporation (5407). The mailing address for Accuride Corporation is 7140 Office Circle, Evansville, Indiana 47715.

2.    I submit this Declaration to provide the disclosure in connection with the application (the "**Application**")[2] to retain L&W as attorneys for Accuride Corporation and certain of its above-captioned affiliates, as debtors and debtors-in-possession (collectively, the "**Debtors**"), *nunc pro tunc* to the Petition Date, pursuant to Sections 327(a), 328(a), 329 and 1107 of title 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## Services to be Provided

3.    In connection with these Chapter 11 Cases, the Debtors have requested court authorization to retain L&W as attorneys for the Debtors. The Debtors require L&W to render legal services relating to the day-to-day administration of these Chapter 11 Cases and the myriad issues that may arise in these cases, including, without limitation:

a.    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their business and properties;

b.    attending meetings and negotiating with representatives of creditors and other Parties in Interest;

c.    taking all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors and representing the Debtors' interests in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the estates;

d.    preparing motions, applications, answers, orders, reports, and papers necessary to the administration of the Debtors' estates;

e.    taking necessary action on behalf of the Debtors to obtain approval of a disclosure statement and confirmation of a plan;

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

f.  advising the Debtors in connection with the potential sale of assets and taking necessary action to guide the Debtors through a potential sale of their assets in the bankruptcy court;

g.  appearing before this Court or any Appellate Courts, and protecting the interests of the Debtors' estates before those Courts; and

h.  performing all other necessary legal services for the Debtors in connection with these Chapter 11 Cases, including (i) analyzing the Debtors' leases and executory contracts and the assumption or assignment thereof and (ii) advising on corporate, litigation, environmental, finance and other legal matters.

4.  L&W has represented the Debtors on various matters since May 1998, including, without limitation, negotiations concerning the Debtors' restructuring options with the Debtors' major creditors, prospective lenders and potential strategic partners. L&W's bankruptcy, restructuring, corporate and finance attorneys also have assisted the Debtors in negotiating the terms of both (a) the proposed debtor-in-possession financing which the Debtors seek to obtain to finance these Chapter 11 Cases and (b) the terms of a plan of reorganization. Prior to the Petition Date, L&W also counseled a special committee of the Debtors' Board or Directors formed to lead the Debtors' restructuring efforts. In connection with such legal representation, L&W's attorneys have become familiar with many of the factual and legal issues that will be addressed in these Chapter 11 Cases. The retention of L&W, with its unique knowledge of and experience with the Debtors, will contribute greatly to the efficient administration of the estates, thereby minimizing the expense to the estates and facilitating the Debtors' smooth transition in these Chapter 11 Cases.

5.  In addition to L&W's knowledge of the Debtors' businesses and financial affairs, the Debtors selected L&W as counsel because of L&W's extensive general experience and knowledge in the fields of debtor's protections, creditors' rights, business reorganizations and sales under chapter 11 of the Bankruptcy Code. L&W possesses extensive expertise, experience

and knowledge practicing before bankruptcy courts. L&W has been actively involved in a large number of major chapter 11 cases over the last decade, and has represented numerous debtors in their bankruptcy matters, including, without limitation, Eddie Bauer Holdings, Inc., AT&T Latin America, DVI, American Classic Voyages, Spansion, Inc., Bally Total Fitness Corporation, Citation Corporation, Consolidated Freightways, Inc., Trump Hotels and Casino Resorts, Inc., Leap Wireless International, Inc., Cricket Communications, Inc. and Assisted Living Concepts, Inc.

### Disinterestedness

6. L&W and certain of its partners, counsel, and associates have in the past represented, may currently represent and likely in the future will represent parties in interest of the Debtors in connection with matters unrelated to the Debtors and these Chapter 11 Cases. L&W obtained from the Debtors the names of the parties in interest for purposes of determining whether L&W has represented or currently represented entities with a material connection to the Debtors (collectively, the "**Potential Parties in Interest**"). The list of the Potential Parties in Interest provided to L&W is set forth on <u>Appendix I</u>, and includes the following categories:

a. Debtors and Affiliated Entities
b. Formerly Affiliated Entities and Previous Names
c. Restructuring Professionals of Debtors and Affiliates
d. Investment Bankers and Underwriters
e. Counsel to Senior Administrative Agent
f. All Known Lenders (including current and former agents and constituent lenders under credit facilities)
g. Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreements
h. Credit Card Processors
i. Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtors
j. Indenture Holders, Indenture Trustees, Major Bondholders and Prepetition Noteholder Committee Professionals
k. Insurers and Beneficiaries of any Guarantees or Performance Bonds
l. Letter of Credit Issuers and Known Beneficiaries

|       |                                                                                      |
|-------|--------------------------------------------------------------------------------------|
| m.    | Current and Former Officers, Directors and LLC Managers                              |
| n.    | Top 50 Unsecured Creditors                                                           |
| o.    | Major Suppliers/Vendors                                                              |
| p.    | Additional Suppliers/Vendors                                                         |
| q.    | Parties to Major Litigation                                                          |
| r.    | Major State and Other Relevant Governmental Authorities                             |
| s.    | Major Competitors                                                                    |
| t.    | Secured Creditors                                                                    |
| u.    | Top Creditors From 2008                                                              |
| v.    | Major Customers                                                                      |
| w.    | Major Intellectual Property Providers                                                |
| x.    | Lienholders and Parties to Joint Venture and Licensing Agreements                   |
| y.    | United States Bankruptcy Judges in the District of Delaware                         |
| z.    | United States Trustee for the District of Delaware (and Key Staff Members)          |
| aa.   | Clerk of Court and Deputy for the District of Delaware                              |
| bb.   | Members of Official Committee of Unsecured Creditors                                 |
| cc.   | Professionals Retained by Official Committee of Unsecured Creditors                 |
| dd.   | Counsel to Individual Members of Official Committee of Unsecured Creditors          |
| ee.   | Staff for the presiding Judge                                                        |
| ff.   | Other                                                                                |

7.    In the ordinary course of business, L&W maintains a detailed computer database that contains nearly every name of all past and current L&W clients and certain related parties. L&W utilizes an administrative department staffed by conflict specialists to maintain and utilize that database. L&W conflict specialists entered the names of the Potential Parties in Interest into that computer database. This exercise revealed that certain of the Potential Parties in Interest are current, or were former, L&W clients. Attached as <u>Appendix II</u> to this Declaration is a list of Potential Parties in Interest that are current or former clients of L&W or of L&W attorneys while such attorneys were employed at a different law firm. Through the information generated from this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that, <u>except as described below</u>, the representation of the Potential Parties in Interest disclosed on <u>Appendix II</u> hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

DB02:8812813.1 068746.1001

8.     L&W has in the past represented and currently represents certain parties who hold secured claims against the Debtors (the "**Material Secured Claimants**") in matters unrelated to the Debtors.  A list of the Material Secured Claimants is attached hereto as Appendix III.  The Debtors have agreed that L&W will not represent the Debtors during these Chapter 11 Cases in any challenge to (i) the allowance, enforceability, priority, amount or payment of any indebtedness owed by any Debtor or affiliate to any Material Secured Claimants or any of the Material Secured Claimants' affiliates, (ii) the attachment, perfection, extent or priority of any of the liens securing any such indebtedness, (iii) the validity or enforceability of any provision of any intercreditor agreement or subordination agreement entered into by and between any Material Secured Claimants or any of its affiliates, on the one hand, and the Debtors, on the other hand, or (iv) any claim, counterclaim or cross-claim against any Material Secured Claimant or any of its affiliates of any kind.

9.     Only 3 entities listed on Appendices II and III represented more than 1 percent of L&W's client billings for the period from July 2008 through July 2009: Goldman, Sachs & Co. (and its affiliates, consolidated for billing record purposes) constituted 1.55% of L&W billings, General Electric (and its affiliates, consolidated for billing record purposes) constituted 1.54% of L&W billings, and Deutsche Bank (and its affiliates, consolidated for billing record purposes) constituted 1.05% of L&W billings.

10.     The Debtors have also retained the law firm of Young Conaway Stargatt & Taylor, LLP ("**YCS&T**") to act as their Delaware bankruptcy counsel in these Chapter 11 Cases. The Debtors will submit a separate application to retain YCS&T.  YCS&T may also serve as conflicts counsel in matters related to the Material Secured Claimants.  L&W has assured the Debtors that it will take care not to duplicate the efforts of YCS&T or any other counsel of the

Debtors retained in these Chapter 11 Cases. L&W will endeavor to coordinate with YCS&T and any other counsel retained by the Debtors that are involved significantly in these Chapter 11 Cases, to avoid inefficiency and duplication of work.

11.     Stephen A. Martin, the General Counsel to most of the Debtors and a director or manager, as applicable, of several of the Debtors, is a former associate of L&W.

12.     L&W presently represents an entity (the "**Co-Investor**") that participates with one of the affiliated Debtors, among others, as a co-investor in a third party limited liability company (the "**Investment LLC**"). L&W does not represent the Investment LLC. L&W is unaware of any adverse relationship between the Co-Investor and the Debtors, and, as set for the in Paragraph 19 hereof, L&W will not represent the Co-Investor in any matter adverse to the Debtors. L&W does not have client consent to reveal the identity of the Co-Investor but, to the extent the representation concerns this Court, L&W will provide the identity of the Co-Investor *in camera* upon request.

13.     Prior to joining L&W as an attorney, Roger Schwartz served as in-house counsel for General Electric Capital Corporation ("**GECC**"), a senior secured lender to the Debtors and a member of the senior secured lenders' steering committee. While working for GECC, Mr. Schwartz participated in discussions regarding the senior secured lenders' strategy with respect to their loans to the Debtors. L&W has made arrangements to ensure that Mr. Schwartz will not be involved in any way with L&W's representation of the Debtors in these Chapter 11 Cases; in addition to barring Mr. Schwartz from participation in any matters related to the Debtors, Mr. Schwartz is barred from discussing the Debtors or these Chapter 11 Cases with any L&W personnel, and will be denied access to any case files concerning the Debtors or these Chapter 11

Cases. These arrangements regarding Mr. Schwartz have been communicated to all L&W personnel.

14.     Prior to joining L&W and while working as a partner at his previous firm, James Doran represented American National Bank (subsequently merged into Bank One) as the lender in a secured financing facility in which some of the affiliated Debtors were borrowers. The secured facility has been fully paid and closed for more than 10 years; nevertheless, L&W has made arrangements that Mr. Doran will not be involved in the representation of the Debtors in these Chapter 11 Cases.

15.     Prior to joining L&W and while working as a paralegal at his previous firm, Ryan Black assisted in the representation of Massachusetts Financial Services Inc. as lender in a debt financing transaction in which the Debtors were borrowers. Mr. Black's involvement with the debt financing transaction was limited to the review of the Debtors' confidential information in order to ensure that Massachusetts Financial Services Inc. did not inadvertently receive material nonpublic information related to the Debtors. Nonetheless, in the interest of caution L&W has made arrangements that Mr. Black will not be involved in the representation of the Debtors in these Chapter 11 Cases.

16.     L&W's investigation and research of the Potential Parties in Interest has thus far failed to eliminate the possibility that Potential Parties in Interest other than those listed on Appendix II and Appendix III hereto may be current or former clients of L&W because (a) the names of the Potential Parties in Interest are similar to, but not identical to, current or former L&W clients or (b) the names of the Potential Parties in Interest are common names that appeared on our conflict search results, but do not appear to be the same individuals or entities that are Parties in Interest herein.

DB02:8812813.1

068746.1001

17.     Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised L&W that the Debtors' relationships to each other should not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude L&W's joint representation of the Debtors in these Chapter 11 Cases.

18.     While L&W has undertaken, and continues to undertake, extensive efforts to identify connections with the Debtors and other Potential Parties in Interest, it is possible that connections with some Potential Parties in Interest have not yet been identified.  L&W will periodically review its relationships with parties that appear in these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material and relevant facts or relationships are discovered or arise, L&W will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

19.     L&W will not, while employed by the Debtors, represent any other entity having an adverse interest to the Debtors with respect to matters upon which the Debtors seek to retain L&W during the pendency of these Chapter 11 Cases.

20.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither L&W, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as disclosed or otherwise described herein.

DB02:8812813.1                              068746.1001

21. Without obtaining appropriate waivers where necessary or appropriate, L&W will not represent any of the Debtors in an adversary proceeding against any client of L&W. In addition, L&W will not represent or provide advice to any client on any matter involving the Debtors or these Chapter 11 Cases while retained as the Debtors' counsel in these Chapter 11 Cases.

## Compensation Received Prepetition by L&W from the Debtors

22. L&W's prepetition representation of the Debtors started in May 1998 as general corporate counsel for Accuride Corporation. From the commencement of that representation to the Petition Date, L&W billed and collected approximately $13,050,360 in fees and expenses (the "**Total Billings/Collections**").

23. Of the Total Billings/Collections, L&W collected approximately $2,984,933 during the 90 days prepetition (the "**90 Day Payments**").

24. As of the Petition Date, the prepetition retainer held by L&W as an advance toward L&W fees and services ("**Retainer**") approximates $350,847, based on a current estimate of L&W prepetition fees and expenses incurred as of the Petition Date. Because the Petition Date occurred in the middle of a billing cycle, L&W intends to provide a final prepetition billing statement to the Debtors for services and costs incurred through the Petition Date. Following the Debtors' approval of the amounts shown in that statement, L&W will apply amounts in the Retainer to that statement so that as of the Petition Date L&W will not be owed any funds by the Debtors for prepetition services. L&W will hold the balance of the remaining Retainer for application by L&W for services rendered and expenses incurred postpetition. L&W will seek approval of this Court prior to applying any portion of the remaining Retainer to postpetition fees and expenses.

DB02:8812813.1 068746.1001

## Professional Compensation During these Chapter 11 Cases

25.     L&W intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases, subject to this Court's approval and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, the guidelines established by the Office of the United States Trustee and this Court's applicable orders, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges that L&W incurs.  The hourly rates and corresponding rate structure utilized by L&W in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure predominantly used by L&W for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise and regardless of whether a fee application is required.  These rates and rate structure reflect that such restructuring and other complex matters are typically national in scope and typically involve great complexity, high stakes, and severe time pressures.

26.     L&W operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors.  Because the sub-markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, L&W has no one rate for an individual biller that applies to all matters for all clients.  L&W rates for an individual biller may vary as a function of the type of matter, geographic factors, the nature of certain long-term client relationships, and various other factors, including those enumerated above.

27.     L&W's hourly rates are set at a level designed to fairly compensate L&W for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly

11

rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere. In particular, L&W hourly rates for matters related to these Chapter 11 Cases range as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $750 to $950 an hour |
| Counsel | $695 to $950 an hour |
| Associates | $370 to $740 an hour |
| Paraprofessionals | $115 to $415 an hour |

28. It is L&W's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also L&W's policy to charge its clients only the amount actually incurred by L&W in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, outgoing facsimile transmissions, long-distance telephone calls, airfare, meals and lodging.

29. From time to time as expediency requires, L&W utilizes the services of overtime secretaries and bills the Debtors for related overtime secretarial charges. In addition, L&W professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

30. L&W charges (a) $0.10 per page for standard duplication and (b) $1.00 per page for outgoing facsimile transmissions (plus related toll charges). L&W does not charge its clients for incoming facsimile transmissions.

DB02:8812813.1                                          068746.1001

31.    In accordance with Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2016(b), L&W has not entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases (i) for the purpose of sharing or fixing fees or other compensation to be paid to any such party-in-interest or its attorneys for services rendered in connection therewith, (ii) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (iii) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

DB02:8812813.1                                                                                                              068746.1001

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2009

_____

David S. Heller
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

# A<small>PPENDIX</small> I <small>TO</small> H<small>ELLER</small> D<small>ECLARATION</small>

## P<small>OTENTIAL</small> P<small>ARTIES IN</small> I<small>NTEREST</small>

# Master Conflicts Check List For Accuride

## Debtors and Affiliated Entities

Accuride Canada, Inc.
Accuride Corporation
Accuride Cuyahoga Falls, Inc.
Accuride de Mexico, S.A. de C.V.
Accuride del Norte. S.A. de C.V.
Accuride Distributing, LLC
Accuride EMI LLC
Accuride Erie L.P.
Accuride Henderson LLC
Accuride Monterrey S. de R.L. de C.V.
AKW General Partner LLC
AOT, Inc.
Bostrom Holdings, Inc
Bostrom Mexico, S.A. de C.V.
Bostrom Seating, Inc.
Bostrom Specialty Seating, Inc.
Brillion Iron Works, Inc.

Erie Land Holding, Inc.
Fabco Automotive Corporation
Gunite Corporation
Imperial Group Holding Corp. - 1
Imperial Group Holding Corp. - 2
Imperial Group, L.P.
JAII Management Company
Rims y Ruedas, S.A. de C.V.
Servicios AISA, S.A. de C.V.
Transportation Technologies Industries, Inc.
Truck Components, Inc.

## Formerly Affiliated Entities and Previous Names

Accuride Texas Inc.
Bethlehem Steel Corporation
Firestone Tire & Rubber Company
Firestone Steel Products
Gunite EMI Corporation
Hubcap Acquisition LLC
Johnstown America Industries, Inc.

Kohlberg Kravis Roberts and Co.
Phelps Dodge Corporation
Trimaran Capital Partners
AKW L.P.

CH\1091918.27

**Restructuring Professionals of Debtor and Affiliates**

Latham & Watkins LLP
Richards Layton & Finger
Deloitte & Touche LLP
Perella Weinberg Partners LP
The Garden City Group, Inc.
Edward Howard & Co.
Zolfo Cooper
Hewitt Associates LLC

Osler, Hoskin & Harcourt LLP
Santamarina Y Steta
Deloitte Financial Advisory Services
Young Conaway Stargatt & Taylor, LLP
BMO Capital Markets
Don Hohmeier
Goodmans LLP
Deloitte Tax LLP

**Investment Bankers and Underwriters**

UBS Securities, LLC
Lehman Brothers Inc.
Citigroup Global Markets Inc.
Robert W. Baird & Co.
BMo Capital Markets Corp.

Goldman, Sachs & Co.
Deutsche Bank Securities
Bear Stearns and Company, Inc.
RockGate Partners, LLC

**Counsel to Senior Administrative Agent**

Simpson Thacher & Bartlett LLP

White & Case, LLP

2

**All Known Lenders (including current and former agents and constituent lenders under credit facilities):**

Aegon/Transamerica Series Trust-MFS
Ameriprise Certificate Company
Aquamarine Funding LLC
Aurum CLO 2002-1 LTD
Avery Point CLO LTD
Baltic Funding LLC
Battalion CLO 2007-I LTD
Big Sky III Senior Loan Trust
Bushnell Loan Fund II
Canyon Capital CLO 2007-1 LTD.
Castle Hill III CLO, LTD
Castle Hill II-Ingots LTD
Castle Hill I-Ingots, LTD
Cent CDO 10 Limited
Cent CDO 12 LTD
Cent CDO 14 LTD
Cent CDO 15 LTD
Centurion CDO 8, LIMITED
Centurion CDO 9 LIMITED
Centurion CDO VI, LTD
Centurion CDO VII, LTD
Centurion CDO XI LIMITED
Chatham Light II CLO LTD
Citibank Canada
Citibank, N.A. - Secondary Trading
Citicorp USA, Inc.
Clydesdale CLO 2003 LTD
Clydesdale CLO 2004 LTD
Clydesdale CLO 2005, LTD
Clydesdale CLO 2007 LTD
Clydesdale Strategic CLO I, LTD.
Deutsche Bank AG London Branch
Deutsche Bank AG, New York Branch
Deutsche Bank Trust Company America
Duane Street CLO III LTD
Eaton Vance CDO IX LTD
Eaton Vance CDO VIII, LTD
Eaton Vance Institutional Senior LO
Eaton Vance Limited Duration Income
Eaton Vance Loan Opportunities
Eaton Vance Medallion Floating-Rate
Eaton Vance Senior Floating-Rate TR

Eaton Vance VT Floating-Rate
Eaton Vance-Floating Rate Income TR
Export Development Canada
Fifth Third Bank
Flagship CLO III
Flagship CLO IV
Flagship CLO VI
Flatiron CLO 2007-1 LTD
Galaxy CLO 2003-1, LTD
Galaxy III CLO, LTD
Galaxy IV CLO LTD
GE Canada Finance Holding Company
Genesis CLO 2007-2 LTD
Grayson & Co
Hamlet II, LTD
High Yield Variable Account
Katonah III, LTD
Katonah IV, LTD
KKR Financial CLO 2005-1, LTD
KKR Financial CLO 2007-A, LTD.
LCM I Limited Partnership
LCM II Limited Partnership
LCM III LTD
LCM IV LTD.
LCM V LTD
LCM VI LTD
Lehman Commercial Paper
Loan Funding XI
Mainstay Floating Rate Fund, A SERI
Malibu CBNA Loan Funding LLC
Mariner Voyager Master Fund LTD.
Met Investors Series Trust-Pioneer
MFS Charter Inc Trust
MFS High Income Fund
MFS High Yield Opportunities Fund
MFS Intermarket Income Trust I
MFS Multimarket Income Trust
MFS Special Value Trust
MFS Strategic Income Fund
MFS Variable Insurance Trust
MFS Variable Insurance Trust II –
MFS Variable Insurance Trust II –

3

Eaton Vance Senior Income Trust
Eaton Vance Short Duration Div Inc
New York Life Insurance and Annuity
New York Life Insurance Co.
NOMURA Bond & Loan Fund
Norinchukin Bank
Norinchukin Bank, The
NYLIM Flatiron CLO 2003-1 LTD
NYLIM Flatiron CLO 2004-1 LTD
NYLIM Flatiron CLO 2005-1 LTD.
NYLIM Flatiron CLO 2006-1 LTD.
Octagon Investment Partner X LTD
Octagon Investment Partners V LTD
Octagon Investment Partners VI, LTD
Octagon Investment Partners VII
Octagon Investment Partners VIII, L
Pinehurst Trading, INC.
Pioneer Bond Fund
Pioneer Bond VCT Portfolio
Pioneer Diversified High
Pioneer Floating Rate Fund
Pioneer High Yield Fund
Pioneer Short Term Income Fund
Potential CLO I LTD
PPM Monarch Bay Funding LLC
PPM Shadow Creek Funding LLC
Race Point CLO Limited
Race Point II CLO LTD
Ares Vir Clo Ltd.
Ballantyne Funding LLC
Belmont Funding LLC
Blackrock Senior Income Series II
Fall Creek CLO Ltd
Halbis Distressed Opportunities
Harbour Town Funding, LLC
Merrit Clo Holding LLC
CitiCorp USA – Underwriting
Aegon
American Securities
Ares
Bank of America TRS
BlackRock
Canyon Partners
Citi Origination
Deutsche Asset Management
Dimaio Ahmad

Montpelier Investments Holdings LTD
NCRAM Senior Loan Trust 2005
Redwood Master Fund, LTD
Riversource Life Insurance Company
Saturn CLO, LTD.
Scotiabank (Ireland) Limited
Senior Debt Portfolio
Sequils-Centurion V, LTD.
Serves 2006-1 LTD
Special Situations Investing Group,
Stedman Loan Fund II Subsidiary
Stichting Pensioenfonds Medische
Stichting Pensioenfonds Voor
Sun Accuride Debt Investments, LLC
Sunamerica Senior Floating Rate
UBS AG, Stamford Branch
UBS Loan Finance LLC
Wells Fargo Bank, N.A.
White Mountain Sub-Acct 193 Fund
Whitehorse II LTD

Ares Vr Clo Ltd.
Baltic Funding LLC
Blackrock Senior Income Series
Bushnell CBNA Loan Funding LLC
Franklin Floating Rate Daily Access
Hamlet II, Ltd
KZH Soleil 2 LLC
Symphony Clo I, Ltd

AIG
Anchorage Capital Group
Bank of America
Belmont Funding
Brigade Capital
Centre Pacific
Citigroup
Deutsche Bank
Eaton Vance

Export Development Canada
Franklin
Goldman Sachs Special Situations
HIMCO
LaSalle
Levine Leichtman
Massachusetts Financial
New York Life
Norinchukin
Octagon Credit Investors
PPM America
RiverSource Investments
Scotiabank
UBS
WhiteHorse Capital
Citicorp USA - Underwriting
JP Morgan Chase Bank NA
Lehman Commercial Paper
Sankaty Credit Opportunities IV, LP
Fall Creek CLO LTD
American Securities Opportunities Fund (B), L.P.
Anchorage Capital Master Offshore
Sierra CLO II LTD
Morgan Stanley Senior Funding Inc.

Centurion CDO II, LTD.
Sunkaty Senior Loan Fund, L.P. (Sunkaty Advisors)

Fifth Third
General Electric Capital Corporation
Halbis Capital Management
KZH
Lehman Brothers
Lyon Capital
Morgan Stanley Investment Management
Nomura
Oak Hill
Pioneer Investment Management
Redwood Capital Management
Sankaty
Symphony Asset Management
Wells Fargo
Sun Capital
Canpartners Investments IV, LLC
Bushnell CBNA Loan Funding LLC
Sankaty Credit Opportunities
4086 Advisors
Sunamerica Life Insurance Company
American Securities Opportunities Fund, LP
Magnetite V CLO, LTD.
Merritt CLO Holdings LLC
SMBC MVI SPC, on behalf of and for the Account of Segregated Portfolio
Centurion CDO VI, LTD

CH\1091918.27

**Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreements**

The Industrial Development Board of the City of Piedmont

General Electric Capital Corporation

B & W Enterprises c/o Palos Investment & Trading, Inc.

Dauphin 65 Partners

Dave Capese

Fagan's Rental and Auto Parts

Falling Branch Prop.

Fink Management LLC

Industrial Development Board of Maury County and Accuride Texas Inc.

Industrial Realty Partners

Kaisar Aluminum & Chemical Corp.

Lasalle National Bank

Napa/Livermore Properties, LLC

Northwood Corporation Pk

Park Plaza, Inc.

The Bell Company

Sarum Management, Inc.

Woodward, LLC

Viking Properties, LLC

Northgate Investors, LLC

Chi Nu Deal I, LLC

Taylor Land & Co.

Fink Management, LLC

ESG Engineering

VH-3D Displays, LLC

AmeriCenter of Naperville/Warrenville

Highwood Properties

CE Capital Group

Bristol Rail Associates, LLC

Phillip Snell

Professional Park

R&R Enterprises

Sherman-Shrader Enterprises II

The Bell Company

The Industrial Development Board of the City of Piedmont

The Package Company

Woodward LLC

Geide

B.R. Williams Trucking, Inc.

Lasalle National Bank Association

Thomas Blaige & Company LLC

Graziano, Krafft & Zale, Inc.

Kaiser Aluminum & Chemical Corporation

AKW L.P.

Logan Indiana Properties, LLC

Napa/Livermore Properties, LLC

Industrial Realty Partners, LLC

CHFAB Management, Inc.

C.B.G. Property LLC

Elio Engineering Inc.

Benecor, Inc.

Greater Erie Industrial Development Corp.

Northgate Investors

I-65 Corridor 1, LLC


**Credit Card Processors**

3 Delta Systems

## Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtor

Andrew R Heyer
CIBC Capital Corporation
CIBC Employee Private Equity Fund
(Trimaran) Partners
Dean C Kehler
Edward C Johnson 3d.
Eric M Ruttenberg
Fidelity Management & Research Company
FMR LLC
Jay R Bloom
Sun Capital Partners V, L.P.
Sun Capital Partners V, Ltd.
Sun Capital Securities Fund, LP
Sun Capital Securities Group, LLC
Sun Capital Securities III
Sun Capital Securities, LLC
T. Rowe Price Associates, Inc
T. Rowe Price Associate Group, Inc.
Canadian Imperial Bank of Commerce, Private
and Investment Banking Arm
Trimaran Fund II LLC
MSB FBO Camillo Santomero III
Dan\Crowley-Airlines

Mark J. Leder
Pyramis Global Advisors, LLC
Roger K. Krouse

SCFS Debt Investments, LLC
SCFS Equities, LLC
SCFS III Debt Investments, LP
Sun Accuride Debt Investments, LLC
Sun Advisors V, LP
Sun Capital Offshore Fund, Ltd
Terence M O'Toole
Tinicum Capital Partners II, LLC
Tinicum Lantern II, LLC
Trimaran Investments II, LLC
Trimaran Parallel Fund II, LP
SCSF Equities LLC
Tinicum Capital Partners
Trimaran Capital Partners
CIBC Employee Private Equity Partners
(Trimaran)
B&B Metals
CIBC Capital Corporation

## Indenture Holders, Indenture Trustees and Major Bondholders and Prepetition Noteholder Committee Professionals

The Bank of New York Trust Company, N.A.

Nicholas-Applegate Capital Management

BlackRock Financial Management Inc
New York Life Investment Management LLC
Goldman Sachs Asset Management (GSAM)
Delaware Investments
Nomura Asset Management
Euroclear Banking
AllianzGI Kapitalanlagegesellschaft mbH
Sun Capital Master Securities Fund III
Standish Mellon Asset Management LLC
Mediolanum International Funds
HHE Partnership LP
JP Morgan Bank
Travelers Companies Inc, The

NOBO & Retail Accounts

Brigade Capital Management, LLC
Barclays Global Investors
Citibank N.A.

NBD Bank
Capital Research & Management Co
Donald C. Roof (IRA)
Kaywood Profit Sharing Trust
Joseph V. Allen IRA
Michael Mosesman Exempt Trust
Mr. Donald W. Lancaster IRA
Robert William Brockman

Allen Foundation

BGB DMEN Trust

Howard Michael Hadley
Russell Trust Co. TTEE United Airlines Pilot
Direst Plan
The Bank of New York Mellon Trust
Company, N.A.
Structures Fund, LTD

Edge Asset Management Inc

Unidentified Hedge Fund Positions (Credit Suisse)
MFS Investment Management
Fidelity Management & Research Co
Pioneer Investment Management Inc
First Investors Management Co Inc
White Mountains Advisors LLC
Dresdner Bank AG
Conning Asset Management Co
CIGNA Investment Advisors Inc
LGT Capital Management AG
PCA Asset Management Ltd
Halbis Capital Management (USA) Inc
Sun Life Assurance Co.
Morgan Stanley Asset & Investment Trust Mgt Co Ltd
Unidentified Hedge Fund Positions (Goldman Sachs)
Capital Research & Management Co
Deutsche Asset Management
Industrial Development Board of the City of Piedmont
Sankaty Advisors LLC
Guggenheim Partners
Allen Trust #3
Thomas A. Lyon TTEE
Diane Taylor
Well Fargo Bank IRA FBO Barbara J. Feybush
Ricardo S Pascual & Elvira M. Pascual JT
Stifel Nicholaus Cust. For Lillian Mann Roth IRA
Stifel Nicholaus Cust. For Robert J. Jaremba IRA
Goilbert W. Munz II & Erin M. Munz JTWROS
Louisiana State Employee Retirement System

Sankaty Advisors LLC

Brigade Leveraged Capital
Canyon Capital Advisors LLC

Principal Funds, Inc. – High Yield Fund II
Sankaty Credit Opportunities III, LP
Tinicum Incorporated
Tempest Reinsurance Company Limited – High Yield
California State Teachers' Retirement System
BlackRock Limited Duration Income Trust
BGF US Dollar High Yield Bond Fund

MIST BlackRock High Yield Portfolio
BlackRock Corporate High Yield Fund III, Inc

BlackRock Income Opportunity Trust
Henkel of America Illiquid Northern Trust Assets
BAV RBI Renten US HY I
Coutts US Dollar High Yield Bond Programme
The Bank of New York Mellon
The Bank of New York/Mellon Trust of new England National Association
Citigroup Global Markets Inc./Salomon Brothers
Credit Suisse Securities (USA) LLC
E*Trade Clearing LLC
Goldman, Sachs & Co.
J.P. Morgan Clearing Corp.
JP Morgan Chase Bank, National Association
Mitsubishi UFJ Trust & Banking Corporation (U.S.A.)
Pershing LLC
Southwest Securities, Inc.
Stifel, Nicolaus & Company Incorporated
UBS Financial Services LLC
VANGUARD Marketing Corporation

Principal Global Investors, LLC
Prospect Funding I, LLC
BlackRock High Yield Bond Portfolio
ACE Bermuda Insurance Ltd (ACE Bermuda) – High Yield
BlackRock Corporate high Yield Fund VI, Inc.
BlackRock Corporate High Yield Fund V, Inc.
NEXCOM High Yield
ACE American Insurance Company – High Yield
BlackRock High Income Shares
Managed Account Series: High Income Portfolio

BlackRock Core Bond Trust
BlackRock Strategic Bond Trust
BlackRock High Yield Trust
BNP Paribas Prime Brokerage, Inc.

Brown Brothers Harriman & Co.

Charles Schwab & Co., Inc.
Dresdner Kleinwort Securities LLC
First Clearing, LLC
Goldman Sachs Bank USA
Custodial Trust Company
J.P. Morgan Securities Inc., Fixed Income

OptionXpress, Inc.
PNC Bank, National Association
State Street Bank and Trust Company
TD Ameritrade Clearing, Inc.
U.S. Bank N.A.
Wells Fargo Investment, LLC

CH\1091918.27

**Insurers and Beneficiaries of any Guarantees or Performance Bonds**

G.E. Capital Corporation
Marsh USA
Lexington Insurance Company
National Union Fire Insurance Company of Pittsburgh, PA
Zurich American Insurance Company
Allied World National Assurance Company
Hartford Fire Insurance Company
Fireman's Fund Insurance Company
BWC State Insurance Fund

AIG

Affiliated FM Insurance Company
Hartford Insurance Company
Arch Insurance Company
AXIS Insurance Company

Beazley Insurance Company, Inc.
Houston Casualty Company
St. Paul Fire and Marine Insurance Company
Chubb Group of Insurance Companies
Insurance Company of the State of Pennsylvania
AFCO Premium Credit LLC

**Letter of Credit Issuers and Known Beneficiaries**

| Beneficiary | Issuing Bank |
| --- | --- |
| Ace American | Citibank N.A. |
| Arch Insurance Company | Citibank N.A. |
| Bank One - Bostrom IRB | Citibank N.A. |
| Discover Re | Citibank N.A. |
| EBI Companies | Citibank N.A. |
| Hartford Fire Insurance Company | Citibank N.A. |
| I-65 Corridor L.L.C | Citibank N.A. |
| National Union Fire Ins Co of Pitts. | Citibank N.A. |
| Reliance Insurance Company | Citibank N.A. |
| Royal & Sun Alliance | Citibank N.A. |
| State of Wisconsin | Fifth Third Bank |
| Travelers Indemnity Company | Citibank N.A. |
| JP Morgan Trust Company | Citibank N.A. |

CH\1091918.27

## Current and Former Officers, Directors and LLC Managers

**Current:**
David K. Armstrong
Mark D. Dalton
John D. Durrett, Jr.
Edward J. Gulda
Donald T. Johnson, Jr.
Wliam M. Lasky
James T Maniatis
Donald C. Mueller
Jason H. Neimark
Charles E. Rentschler
Donald C. Roof
Richard F. Schomer
Thomas V. Taylor
Brian J. Urbanek
Douglas C. Werking
James H Woodward, Jr
Robert Holtz
Craig R. Kessler
Ben H. Laaper
Stephen A. Martin
Philip A. Newsome
R. Paul Clark
Anthony V. Pape
Richard W. Brull
Allen L. Sunderland
Chad R. Monroe
Donald J. Krampe
Jeffrey A. Kropfl
Gregory A. Risch
Gregory W. Nelson
Steve W. Roseland
Eva E. Schmitz
David R. Stefanich
James A. Vanderwel
Leigh A Wright

**Former:**
Frederick M. Goltz
James H. Greene, Jr.
Craig R. Muhlhauser
Elizabeth I. Hamme
Henry L. Taylor
Anthony A. Donatelli, Sr.
Robert L. Nida
Steven J Holt
Terrence J Keating
John R Murphy

## Subsidiary Officers, Directors and LLC Managers:

**Current:**
William M. Lasky
Leigh A. Wright
David K. Armstrong
Stephen A. Martin

**Former:**
Michael A. Miller
Richard J. Klein
Paul R. Clark
Donald J. Krampe

11

Andrew Johnston
James A. Vanderwel
Matthew A. Freeman
Cesar Cruz
Gerardo Martinez
Paul Morales
Oscar Rodriquez
Adolfo Martinez
Randy W. Brull
Allen L. Sunderland

Jorge Barrero
Donald B. Williams
Ronald H. Steinback
Robert G. Holtz
Craig R. Kessler
Monte Miller
Patricia Rincon

## Top 50 Unsecured Creditors

AK Tube LLC
Alter Trading Corporation
American Colloid Company
B & D Thread Rolling
B&B Metals Processing Co Inc
Base Internacional Casa de Bol
Behr Metals
Blue Cross & Blue Shield of Illinois
CIBC Mellon
DCI Auburn
Empresa de Logistica Internaci
F.A.C.T.S.
Macsteel
Manulife Financial Group
Matalco Inc
Miller and Company, LLC
National Fuel Resources, Inc.
National Material Trading
Penelec-Remit.Processing Ctr.
Primetrade Inc
Royster's Machine Shop, LLC
Ryerson
Schuler, Inc.
Servicios Aisa, S.A. de C.V.
Sisu Axle, Inc.
BNY Midwest Trust Company
Motion Industries, Inc.
Airgas South Inc
Miron Construction Co Inc
Advanced Crane Technicians
Macsteel Service Centers USA
Walter Coke Inc.
All-State SLS & Adm. Svc. Corp.
F.A.C.T.S.
Nelson & Storm Tool Supply

Fairfield Mfg. Company
Gallatin Steel Company
General Motors of Canada Ltd.
Globe Metallurgical Inc
Greer Steel Co.
HMS Industries
Hydro Aluminum North America
Integrys Energy Services Inc
International Manage. Assist. Corp
Jose Oscar Alvarez Salinas
Joseph T Ryerson & Son, Inc
KT Industries
Sloss Industries Corporation
Specialty Cores, Inc.
Suez Energy Resources NA, Inc.
Tecpro Corp
Ternium Mexico, S.A. de C.V.
Thyssen Krupp Waupaca
Tyron Automotive Group
U.S. Steel Canada Inc.
Universal Pallet Supply Inc
Valspar Corporation
Vipar Heavy Duty
Wisconsin Public Service Corp
Worthington Steel Company
General Bearing Corporation
Stelfast, Inc.
Church & Murdock Electric, Inc.
Busche Engineered Tooling
Fuchs Lubricants Co.
Ryerson Tull, Inc
Anixter Fasteners
SEI Metal Forms
Veyance Technologies Inc.
Woodbridge Corp.

## Major Suppliers/Vendors

U.S. Steel (Stelco Inc.)
Behr Iron & Steel
Ormet Corporation
Joseph T. Ryerson
Gallatin Steel Company
Hydro Aluminum
Arcelormittal Dofasco
Alter Trading (Samuels)
Ternium (IMSA-MEX)
Runflat America Corporation
Prime Trade
Sisu Axle Inc.
U.S. Steel Canada, Inc.

Behr Metals
USS Canada
Matalco, Inc.
Miller and Company
Worthington Steel Company
Ternium Mexico, S.A. de C.V.
Wisconsin Public Service
F.A.C.T.S.
Shuler Inc.
Royster's Machine Shop, LLC
Sloss Industries
American Colloid
Alter Trading Corporation

## Additional Suppliers /Vendors

Airgas
Airgas Mid-America
AK Tube LLC
All State Diversified
Alter Trading
American Colloid Company
American Excelsior
American Stainless Tubing, Inc.
American Superior Compounds
Anixter
Anixter Fasteners
Applied Metal Technologies
Arcelormittal Dofasco Inc.
Arvin Meritor
Atwater General Corp.
Atwood Mobile Products
Automotive & Reservoir Ind.
Autonetics
B & D Thread Rolling
B&B Metals
Bailey Tool Manufacturing Co.
Behr Metals
Brillion Iron Works
Busche Enterprise
Capstan Atlantic
Carpenter Brothers

Cartus Corporation
CC Metals & Alloys
Central Steel & Wire Co.
Chicago Tub and Iron
CIA, Mexicana De Gas, SA De CV
Citation
City of Henderson
Comision Federal De Electricid
Competition Powder Coaters LLC
Considine Biebel & Co.
Consolidated Metco-Mexico
Country Horizons
Dana Automotive Systems
Dana Limited
Dauber Co.
Dawlen Corporation
Dayton Steel Service
DCI Auburn
Deland Manufacturing
Deloitte & Touche
Denco Mfg.
Detroit Tool Metal Products Co.
Diamond Tool & Die, Inc.
Dill Air Controls Products
Direct Energy
Duroshox, LTD

E. E. Austin & Son Inc.
Earle M. Jorgensen Co.
East Jordan Iron Works Inc.
Elbe & Sohn, Inc.
Elgin Motor Freight Inc.
Elwood TRI, Inc.
Empresa DE Logistica Internaci
Erie Waterworks
ESAB Mexico, S.A. de CV
F.A.C.T.S
Fairfield Mfg. Co.
Fanuc Robotics
Fifth Third Bank
Forging & Stamping
Foseco Metallurgical
Foseco, Inc.
G.E. Commercial Equipment
Financing
Gallatin Steel Company
Garlock
Gator Stamping
General Bearing Corp
Globe Metallurgical
Greer Steel Co.
Grenadier Properties LLC
GT Development Corporation
Haltec Corporation
Henkel Capital, S.A. de. CV
Henkel Corporation
Hewitt Associates
HFI, LLC
Hi Temp Inc.
Hickman-Williams
HMS Industries
Hobart Brothers of Canada
Huron Castings
Hydro Aluminum North America
Illinois Railnet
Integry's Energy
Integrys Energy Services
Inter Mountain Mfg.
Intermet Hibbing
IWD
J & T Trucking
Jencast
Jose Oscar Alvarez Salinas

Juan Pablo Hernandez Villarrea
Kaiser Aluminum
Kenergy
KT Industries
Lapham Hickey Steel Corp.
Larpen Metallurgical Service
Les Aciers Robond Inc.
London Life Insurance Company
Macsteel
Matalco Inc.
Maxion
McDonald Steel Corporation
Merit Gear Corporation
Metal Improvement Co.
MFL - Metal forming Lubricants
Michex
Miller & Co.
Miller Industrial Products
Minister of Finance
Minland
Morbern, USA
Morfab, Inc.
Motion Industries, Inc.
MSC Industrial Supply Co.
MSLI GP
MTS Systems
National Fuel 3766-434-04
National Fuel Resources
National Material Trading
Novocast S.A. De C.V.
NSS Technologies
NTN Bearing Corp of America
Ohio Edison
Ormet Primary Aluminum Corp.
Pacific Steel Casting Co.
Packaging Fulfillment Co., Inc.
Pallet One Inc.
Palm International
Penelec-Remit Processing Ctr.
PLS Materials, Inc.
Praxair, Inc.
Prime Trade
Production Pattern & Foundry Co.
Rabe Environmental Sys.
RHO-Can Machine Tool Co.
Ricardo Guerra Villarreal

Ridgeview Industries, Inc.
Rockford Sand & Gravel
Royster's Machine Shop, LLC
Runflat America Corporation
Russelloy Foundry, Inc.
Ryerson
Sarum Management
Schaefer Tool
Schuler Inc.
SEI Metalforms
Sharp Refractories
Shell Energy North America
Sisu Axle Inc.
Sloss Industries
Specialty Cores
Steel Warehouse Co. Inc.
Stelfast
Stellar Grinding
Tarimas Y Mas DE MTY, SA DE CV
Tecpro
Ternium Mexico, SA DE C.V.
The Cold Heading Company
The Timken Corporation
Thyssen Krupp Waupaca
Timken Company
Toyo Seat USA
Tube City
Tubular Products
Tuthill Corporation
U.S. Steel Canada Inc.
Ultra Tech Machinery Inc.
Union Gas Limited
Universal Pallet Supply
USS Canada
Valspar Lockbox 644359
Valspar Mexicana, S.A. DE. S.V.
Vancouver Iron & Steel, Inc.
Veyance Technologies Inc.
Victory Packaging
Viking Properties LLC
Wellman Products
Western Tool & Supply
Wisconsin Steel and Tube
WI, Public Service
Windsor Match Plate & Tool Ltd

Winnebago Reclamation
Woodbridge Corporation
Worthington Steel Company
Tyron Automotive Group
Primetrade Inc.
Sloss Industries Corporation
Kaiser Alum Fab Products, LLC
Miller and Company, LLC
Wisconsin Steel and Tube
Dauber Company, Inc.
Chicago Tube and Iron Company
All-State SLS & Adm. Svc. Corp.
Miller Compressing Corp.
Gator Stamping International Inc.
Allied Mineral Products, Inc.
Hickman, Williams & Company
HA International LLC
Volunteer Sintered Prod.
Dana Automotive Systems Group, LLC
Weimer Bearing
The Cold Heading Company
Haven Steel Products, Inc.
Dill Air Controlls Products
Gelhar, AF Co Inc.
Precision Automatics, Inc.
Alliance Ind Inc – Menasha
Pacific Die Casting Corp
Selee Corp
World Class Manufacturing Group Inc
Tube City IMS
Pacific Steel Casting Co
Titan Tire Corp
Hydro Aluminim
Merti Gear Corporation
Alabama Laser Tech
Erie Bearings Company
Choice Fabricators, Inc.
Russllow Foundry, Inc.
Swedish Steel, Inc.
L&G Steel
Production Pattern & Foundry Co.
Jencast
Ferropen – Foundry Division
Alfmeier Corporation

Singer Steel
Alliance Ind Inc – Waupaca
NTN Bearing Corp. of America
Worthington Steel
Dylong Industries, Inc
Dill Air Control Products
Arvin Meritor Ride Central Prod.
Elbe & Sohn, Inc.
Elkem Metals Inc
The Timken Corporation
Earle Jorgensen Co
Tuthill Corporation
Huron Casting Inc
Inter Mountain Mfg.
Champion Bolt
Valley Machine & Iron LLC
Haltec Corporation
Majestic Steel USA
Kitagawa Northtech Workholding, Inc.
Rockford Powertrain, Inc.
Diamond Tool & Die, Inc
Tinnerman Palnut Eng. Prod. Inc.
Transmission Technology Company
Continental Machine Works
Neenah Foundry Co.
Cold Heading Co.
Roberts Sinto Corp.
Gunite Corporation
Steve Fay, Inc.
Kennametal Inc
Foote Axle & Forge LLC
True-Tech Corporation
O'Neal Steel
Total Component Solutions
Castle Metals
Somers Steel
Tooling Components Co
Allied Seals, Inc.
McCord Payen de Mexico S. de R.L. de C.V.
Shanghaie Baolong Industries Co
Custom Gear and Machine
Commercial Forged Products
Peiseler, LLC
ZF Lemforder Corporation

Bearing Engineering
RJ Link International Inc
Clark Seals, LTD
Wausau Steel Corp
Hydraulic Hose Service
CIA. Maderera Trevi-O, S.A. de. C.V.
Brillion Iron Works, Inc.
Industrial Nut Corporation
Airline Hydraulics Corporation
Walter Coke Inc.
Tyrone Automotive Group
Rumar MFG Corp.
Ferropem – Foundry Division
Lake Erie Steel Company (Div. of Stelco Inc.)
Russel Metals Williams Bahcall
Roloff MFG Corp
Bendix
Church & Murdock Electric, Inc.
Miron Construction Co Inc
Busche Engineered Tooling
Blue Cross & Blue Shield of Illinois
Advanced Crane Technicians
Fuchs Lubricants Co.
Springfield Electric
Electric Motor Supply Co
Church Electric Inc
Snell & Wilmer-Accounting
B & G Rotating Equipment
Chesterfield Steel Sales Co.
TJ Whipple Construction
American Utility Metals
Nelson & Storm Tool Supply
Clinch Tite
Ervin Industries
Franhofer-Gesellschaft
Donald R. White, Tax Collector
Ulmer & Berne LLP
D & B Environmental Services
Stellram/Teledyne Metalworks – E
Sheboygan Paint Company
J & B Industrial Specialties, Inc
D & R Industries Inc.
Naviasia Consulting Group
Verticalnet Inc.

CH\1091918.27

Techmatic Inc
Tad Metals, Inc
Al-Rec LLC
Essar Steel Algoma Inc.
Gosiger, Inc.
Ceramtek-SPK Cutting Tool
Altex Packaging, Inc.
Georgino Industrial Supply, Inc.
Charleston Orwig Inc
Mercury Precision Products
B&H Pattern Inc
Imperial Fabricating Co. – WA
Hoffman Riggers Inc
Chiron America, Inc.
Aramark
I Connect Inc
JNM Tool & Manufacturing Inc.
Applied Ind. Technology
Enhanced Powder Coating
Thornton Industries, Inc.
Delta Dental of Wisconsin
A-American Machine
Chemetall US, Inc.
Tubular Products
Morfab,Inc.
Morbern, USA
Top Value Fabrics
Ultrafabrics, LLC
Uniroyal Engineered Products
Dunn Manufacturing
Lyle Industries, Inc.
O'Neal Steel
La France Industries
DMS
Spradling International, Inc
Guilford Mills Inc
Absecon Mills Inc.
Rontex America, Inc.
Fabric Services
Larry Dennis Company
Cumulus Fiber
Milliken & Company
Alliance Steel
Spradling Originals
BESI, Inc.
Woodbridge Corp.

SEI Metalforms
Veyance Technologies Inc.
HFI, LLC
All-State Sls & Adm. Svc. Corp
Ridgeview Industries, Inc.
Atwood Mobile Products
Anixter Fasteners
GT Development Corporation
American Excelsior Company
Gator Stamping Int'L, Inc.
Ml Industries, Inc
Euro-American Plastics, Inc.
Choice Fabricators, Inc
Volunteer Sintered Prod.
Duroshox Ltd.
Precision Automatics, Inc
Alabama Laser Tech.
Alfmeier Corporation
Tinnerman Palnut Eng. Prod.Inc
T&C Stamping
International Marketing Allian
Lord Corp.
Parflex Division
Le Tourneau Plastics
Check Corporation
Heckethorn
Arvin Meritor Ride Ctrl Prod
Leggett & Platt - London
Alabama Labels & Graphics
Michigan Spring & Stamping
Royersford
MIG Wire & Tube LLC
Harrison Manufacturing, LLC
UCA Group
Jasper Rubber Products, Inc.
YKK (USA) Inc.
Orr And Orr Inc
Eastern Sintered Alloys Inc
Polyester Fibers LLC
Dow Screw Products, Inc
I.A.P.M. Ltd.
Elk Grove Rubber Plastic
W.E.T. Automotive Systems, Ltd
Tri State Fasteners Inc
King-Hughes Fasteners, Inc.
Penn Fibre & Specialty Co.,Inc

Braun Manufacturing Company
Wrico Stamping Co.-Florida
Emporium Specialties, Inc.
Cable Mfg. & Assembly Company
Wiretronics
Arcona Leather Tech., LLC
Mid-West Spring
Fisher Dynamics
American Coil Spring Company
All-Rite Industries
Wrico Stamping Co Of NC
Precision Technical Services
Triangle Molded Products
Minor Rubber Co.
Fasco Inc
CGPC Enduratex
Micro Plastics
Ideal Parts Inc
Plastocon Of Oconomowoc
Dyco Manufacturing Inc
Wenthe Davidson Engineering Co
Global Industrial Comp, Inc
Myers Spring Co, Inc.
Rostra Precision Controls
Abbott Interfast Corporation
Accurate Products Inc.
Acme Mills
All Rubber Products & Supply
All-Rite Industries
American & Efird, Inc.
Am-Safe Commercial Products
Am-Safe Commercial Products
Ardwyn Binding Co.
Argo Products Company
Argo Springs Mfg
Bobo Engineering
Bradford Industries, Inc.
Bridge Of Weir Leather Co. Ltd
Coats North America, Inc
Davies Molding
Dayton Steel Service, Inc.
Defiance Metal Products Of SC
Dexm Engineered Products
Donn-Roll Inc.
Dynaflex
Elco Sintered Alloys

Evans Tool & Die
Fairway Products
Gilco Spring Of Florida
Global M & E Appliances Br.
Global Metal Products Inc.
Great Lakes Rubber & Supply In
Hiler Industries
Hudson Lock, LLC
Hunt Country Components
Infast USA, Inc
Jebco Inc
Jonesville Paper Tube
K Tek Corporation
Kay Bee Machine Products Inc
Kentec Inc
Lanetex Inc
Metallist Inc.
Mid Atlantic Rubber Co.,Inc.
Mid-West Spring
Morfab,Inc.
Nagle Industries, Inc.
National Seating
Netshape Technologies Inc.
Omnova Solutions
Omnova Solutions, Inc
Parker Hannifin
Pinnacle Sales Inc
Polyester Fibers LLC
Reiss Industries Inc.
Rockford Molded Products
Rogan Corp
Rogan Corporation
Wyoming Weavers
Altex Packaging, Inc.
Multi-Pak USA, Inc
Piedmont Pallet Exchange, LLC
Uline Inc
J Supply Co Of Alabama
Air Liquide Industrial U.S. LP
The Lincoln Electric Company
American Plastic Molding
Linear Mold & Eng Inc
Pacific Insight Electronics
Miller & Company
Alter Trading Corporation
Primetrade Inc

19

B&B Metals Processing Co Inc
American Colloid Co
Globe Metallurgical Inc
National Material Trading
Larpen Metallurgical Service
Wisconsin Steel & Tube Corp
Lapham-Hickey Steel Corp
CC Metals & Alloys LLC
Bluewater Thermal Services
Atwater General Corp
Mineral And Pigment
Chicago Tube & Iron Co
Miller Compressing Company
Ferroatlantica
Gelhar, AF Co Inc
L&G Steel
Texas Pipe And Supply Co
Wausau Steel Corp
HA International LLC
Elkem Metals Inc
Alro Steel Corp
Sheboygan Paint Co
Airgas
Alliance Ind Inc
Haven Steel Products Inc
Selee Corp
Russel Metals Williams Bahcall
Roloff Mfg Corp
Palletone
Smurfit-Stone
Xpedx
Primary Products Inc
WS Packaging Group Inc - Algo
Allied Mineral Products
Ameralloy Steel
Applied Industrial Products
Ashland Chemical
B&H Pattern
Benchmark Pattern
Benz Oil
Carlson Erie Corp
Carpenter Brothers
Champion Chisel
Country Horizons
Dauber Company
Disa Industries

EAC Corp
Endries International
Ervin Industries
Foseco Metallurgical
Graybar Electric
Great Northern Corp.
IGC Technologies
Joslyn
Levenhagen Oil
Motion Industries
New Hope Center
P&H
PJ Kortens Co. Inc.
Refractory And Insulation Supply
Richmark Pattern
Safety Kleen
Shepherd-Niles
Signode
Simpson
T & A Industrial
Tecpro
Wheelabrator
Wisconsin Box
Wisconsin Lift Truck
Zeman
Matalco Inc
Hydro Aluminum North America
Jackson Lea
Schuler Incorporated
Dill Air Controls Products
Champion Bolt
Erie Bearings Company
Georgino Industrial Supply
Motion
Clinch - Tite Corporation
Metal Forming Lubricants
Schaffner Mfg.
Applied Metal Technologies
Chemetall
Mazak Corp
Mazak - Service
Oil Service
Intellitool
Speedgrip
Jilco
IMG

Precision Supply
Ultra Tech
Sullivan Supply
Ace Viking Electric Motor
Airline Hydraulics Corporation
Pitney Bowes. Inc.
Plyler Overhead Door Company
Carl Zeiss Imt Corp
Checker Industries Corp.
CK Tool & Die
Clark-Mckibben Safety Products
Culligan
Dahlkemper Landscape &
Maintenance
Dailey Supply Co
Dana Commercial Vehicle Products
Group
Despatch Industries Inc
Diversified Air Systems, Inc.
Effective Controls
Erie Fence Company
Erie Petroleum Inc.
Ferrell Gas, Inc.
Fisher Security
Forge Die & Tool Corp
Furnace Parts, LLC.
Ganzer Equipment Company
Grace Filter Co., Inc.
Granco Clark, Inc.
Grand Saw & Machine
Great Lakes Parts, Inc.
Hagan Business Machines Inc
IFT
Konecranes
Lph Incorporated
MH Equipment  (Er)
Niagara Machine, Inc.
Northtech Workholding, Inc.
Paragon Print Systems, Inc.
Park Place International
Plyler Overhead Door Company
Reliable Forge Die
Speedgrip Chuck, Inc.
Technical Equipment Sales Co.
Thornton Industries, Inc.
Welders Supply Company

William T. Spaeder Company
Zatkoff Seals & Packings
B & D Thread Rolling
HMS Industries
Stelfast
General Bearing
Michex
Citation Custom Products
Dawlen
GGB Garlock
Acme Machell
Autonetics
Capstan Atlantic
Schaeffer
Parker
KT Industries
Anixter
Intermet Hibbing Foundry
Timken Co.
Motion
ATI Stelram
J&B
Wabash
MSC
Ceramtec
S&B
Fuchs Lubricants
Clinch Tite
Yoder Oil
New Century
Rockford - Ettco
Castle Metals
Joseph T. Ryerson & Son
Marmon Keystone
Earle M. Jorgensen Co.
Finishmaster
Sisu Axle, Inc.
Fairfield Mfg. Company
Merit Gear
Dana Automotive Systems Group,
LLC
Pacific Steel Casting Co.
Vancouver Iron & Steel
Russelloy Foundry Inc.
Production Pattern & Forge
Neenah Foundry

Huron Castings
Jencast
Lodi Iron Works
Brillion Iron Works
NTN Bearing Corp. Of America
Timken Us Corp
Fox Valley Forge
Commercial Forge
Elbe & Sohns
Gunite Corporation
ZF Lemforder
KIC Holdings
Foote Axle & Forge
Anixter
Cutter Lumber Company
Gasket Specialties
Tuthill
Western Tool & Supply
Coast Tool
Tool Technology Distributors
Mahl Tool Tech
Artus Corporation
Bendix
MGM Brakes-Cloverdale
Gallatin Steel Company
Worthington Steel Company
Airgas Mid-America
Briton Mold
Valspar Corporation
Craddock Finishing
Pallet One Inc.
Associated Packaging Inc
Industrial Packaging Corp
Diamond Forest Resources
Fuchs
Henkel
Brentag
Black Equipment
Motion Industries, Inc (Rfd)
Hess Engineering
Motoman
Roysters Machine Shop
Shanahan Crane & Hoist
Vna-Ced
Allied Seals, Inc.
Joseph T. Ryerson & Son Inc.

Macsteel
Greer Steel Co.
Kaiser Alum Fab Products, LLC
Steel Warehouse Co., Inc.
Chesterfield Steel
Techmatic
Palm International
Snider Bolt & Screw
Allied Waste Services #840
Sterling Pipe & Tube, Inc
Grakon, LLC
Hendrick Mfg
J.O. King
Kinninger Production Welding
Mancor Ohio
Industrial Models Inc.
SFI of Tennessee, LLC.
Production Pattern & Foundry
Grain Belt
Vaughn Mfg
Chicago Roll Metal
Packaging Fulfillment
McVantage Packaging
Airgas
Linde
Universal Rack Co.
Ryerson
TAD Metals
Kaiser Aluminum
McNichols
DCI Auburn
Automotive Reservoir Ind.
Bailiey Tool
DCI Grinnell
Hnedrick Manufacturing
Torca Products
Conmetco
Detroit Tool Metal Products
Quality Industries
Hunt Hinge
Belmor
SFI of Tn
Mack Molding
Advance Cast Products
National Industrial Concepts
Rago And Sons

CH\1091918.27

Buckhorn Rubber
R.S. Hughes
Grakon
Poly-Tek
Tuthill Controls
Sika Corp
Southco
Conner Mfg.
Diamond Manufacturing
S&S Screw
Boyd Corp
A&W Manufacturing
CVG Concord
Alert Mfg.
Kent Landsburg
Nielsen Sessions
Anixter
Defiance Metal
Lord Manufacturing
Austin Hardware
Pollock Paper
L&L Pro Pac
General Packaging
Praxair
AK Tube LLC
Joseph T. Ryerson & Son, Inc
Central Steel & Wire Company
American Stainless Tubing, Inc
Ace Steel, Inc
Aladdin Steel Inc.
Fischer Canada
O'Neal Steel
T-Drill
Dupont Powder Coating
Electroplate-Rite
Metokote Corp.
Metal Plate Polishing
Prince Manufacturing
Servitech Industries
Henkel Corportation
Dubois Chemcials
Ampco Manufacturing
Arctic Fox, Inc.
Band-It
Beach Manufacturing
Carpin Manufacturing

Century Fasteners
Charles A Richardson
Clark Engineering
Creative Fabrication
Dayton United Metal Spinners
Detroit Tool Metal Products
Dynacraft
Ferebee-Johnson Co., Inc
Flabeg Corp
Freightliner
GT Development
Great Lakes Fasteners
Hub Labels
Hydro Tube Enterprise Inc
Imperial Tn
Imperial Tx
ITW Chronomatic
Labelworld
McLoone
Medallion Instrumentation Sys
Miles Rubber & Packing Co
P&W
Piedmont Foundry Supply, Inc
Power & Signal
Production Pattern & Foundry
Quist Electronics, Inc
Redmer Strategic Prod
Rubbermaid Commercial
Salem Specialties
Sargent Metal Fabricators
Shaw Aero Development
Snider Bolt & Screw
T-Drill
Temco
Tyco Electronics
Virginia Laser
Wenzel Metal Spinning, Inc
Radva
Supplyone
Arcet Welding Equipment
Atlantic Coast Toyotalift
Carlton Scales
Conbraco Calibrations
Criterion Machinery
Eaton Leonard Tooling
F.D. Hurka Company

Fielder Electric
First Class Technical
Flowdrill Inc
Horn Machine Tools
Irmco
Jetline Engineering
Midwest Finishing Systems
Serfil Co. Ltd
T.J. Snow
T.A.Systems
Airgas
Airgas - Chehalis
Aum
Farwest Steel
Hydro Aluminum North America
Joseph T Ryerson & Son, Inc
Ryerson
Olympia Powder Coat
Ampco
A-Pro Metal Spinning
Arctic Fox
Atlas Supply
Capital Industries
Cellotape
Charles Richardson
Detroit Tool
Dynacraft
Espar
Farwest Fabrication
GM Nameplate
GT Development
Imperial Tennesee
Imperial Texas
Industrial Caster & Wheel
Jergens
Medallion
Motion Industries
NIC
Port Plastics
Pro Stainless
Temco
Try Group
Webasto
Fastenal
Victory Packaging
Oval International

U.S. Steel Canada Inc.
Arcelormittal Dofasco Inc
Essar Algoma
Hobart
Lincoln Electric Co.
Praxair Canada
The Valspar Corporation
Henkel
Imperial Oil
Fuch's
Shanghai Baolong Industries Co
Briton Mould
Brannon Steel
Motion Industries, Inc (Rfd)
JNM Tool
Westburne
Ampro Electric
Ternium Mexico, S.A. de C.V.
Worthington Steel Company
Gallatin Steel Company
Valspar Mexicana, S.A. de C.V.
Cold Heading Co.
Melchor Guido Mendoza
Ramco Specialties, Inc.
Maclean Vehicle Systems/Metform
Haltec Corporation
Absarey, S.A. de C.V.
Bag Service Internacional, S.A. de C.V.
Empaques Y Derivados De Carton, S.A. de C.V.
Roberto Carlos Lince Treviño
Esab Mexico, S.A. de C.V.
Plasticos Y Alambres, S.A.
Behr Metals
National Material Trading
Walter Coke
Miller & Company
Tube City Ims
Dauber
CC Metals And Alloys
Unimin
American Colloid
Larpen
Rockford Sand And Gravel
Motion Industries

Nelson & Storm Tool Supply
Fuch's
A-American
Airgas
Allied Minerial
American Lifting
Aramark
Arntzen Corporation
B & G Rotating Equipment
CA Picard
Carpenter Bros
Cleveland Tramrail
CNC Systems
Cochrane Compressor
Columbia Pipe
EMI Osborne
Englewood Electric
Equipment Depot
Ervin Industries
Eyewear Express
Fargo Wear
Foseco
GE Energy
General Kinematics
Globe Metallurgical
Heraeus Electro-Nite
Hickman Williams
H-O-H Chemicals
Indiana Refractory
Industrial Tool Products
Koch Otto
Midwest Industrial Services
Midwest Instrument
Modern Equipment
Oil Gear
Pac Tec
Pangborn
Parent Petroleum
Praxair
Refractory Sales & Service
Robinson Industries
Rock Valley Oil
Rockford Cement
Rockford Industrial Welding
Sheboygen Paint
Simpson Technology

Smith Oil
Specialty Cores
Springfield Electric
United Refractories
Welder's Supply
Wheelabrator
WRIB
Zenar
Aktis Engineering Solutions
Toyo Seat USA Corp.
RCO Engineering, Inc.
Corporate Facilties Management
American Consulting
Fifth Third Bank
Companion Life Ins. Co
Quality Liaison Services
Proto Mold Company Inc.
L&P Financial Services Co.
Advantage Thermal Services
AP Westshore Inc.
Omega Metal Treating
Metal Processing Co.
Metokote Corp
Pioneer Corp
Miron Contstruction
Suburban Electric
Kurz Electric
Duca Mfg.
Great Lakes Testing
Medcor
Denco
World Class Manufacturing
Professional Plating
Powerit Solutions
Gosiger Machinery
Al-Rec LLC.
Chiron America
Gosiger
Makino
Fanuc
Rosler
American Solutions For Business
Ehrlich Pest Control
Fanuc America
Gosiger Service
Hamot Medical Center

Hexagon Metrology, Inc.
Jay-Em Aerospace
Klingelhofer Corp.
Marino Construction Works, Inc.
Mobile Communication Service, Inc.
Next Generation Vending
Rabe Environmental Sys.
Reeves Plumbing & Heating Co.
Rosler Metal Finishing USA, LLC
Roto-Rooter Service
Siemens Energy & Automation
Sunshine Services
T.J. Whipple Construction
Winkle Electric    [Erie]
Service One
D & B Environmental Services
Himco
Thermo Fusion
Raabe
Yale Financial Services
Russell Farrow
Competititon Powder Coating
Crown Coating
Metokote Corporation
Precision Metalworks (Painter)
Little Guys (Painter)
AAA Plating
Amada
Trumpf
Lasercare
Fanuc Robotics America Inc.
Enhanced Powder Coating
M&M Machining
Body Cote
Weldlogiic, Inc
Carl Zeiss
CB Toyota Lift
Intertek
Phoenix Envir
Steck Memorial
Metal Improvements
Select Finishing
Kingsville Stamping
Shiloh
Mak Steel
Mckechnie Vehicle Components

D H Jutzi Limited
Rho-Can Machine & Tool
JMP
Russel A Farrow
Accurate Machine
Advance Crane
Allied Barton Security
Balance Technologies
Ballard
Christiansen
Cintas
Empire Refractory
Free Flow
Frink's Sewer
Industrial Ventilation
Industrial Water Management
L & M Sheet Metal
Machinery Source
Mechanical
Medcore
Merrill Engineering
Mid West Scale
Nelson Fire
Precision Drive & Control
Raven Engineering
Rockford Steam Boiler
Sahlstrom
Test America
Universal Pallet
V-Gage
Winnebago Reclamation
Alabama Power
City Of Piedmont
Veolia
City Of Piedmont
Wi Public Service
Brillion Utility Commission
Waste Management Inc
Veolia ES Solid Waste Midwest Inc
B2
Ohio Edison
Dominion East Ohio
Dominion Retail
City Of Cuyahoga Falls
City Of Cuyahoga Falls
Waste Management Inc

CH\1091918.27

Waste Management Inc
Waste Management Inc
City Of Cuyahoga Falls
Verizon Wireless
ATT
Treese
Nipsco
Himco
City Of Elkhart
Indiana Michigan Power (Aep)
City Of Elkhart
Verizon
Penelec-Remit
National Fuel Gas
National Fuel Resources
Erie Water Works
Pro Waste
ECS&R
Erie Water Works
Verizon
Verizon
Verizon
Verizon Wireless
ATT
Treese
Time Warner
Livermore Lawrence
PG & E
Livermore Lawrence
Waste Management
AT&T
Livermore Lawrence
Avaya Inc
Webex
AT&T
AT&T
AT&T
Avaya
AT&T
Windstream
AT&T
AT&T
AT&T
AT&T
One Communications
AT&T

Ott's Friction Supply
Comcast Cable
Integra Telecom
TDS Telecom
Vectren
Evansville Water
Veolia
Verizon Wireless
Verizon North
Republic Waste
City Of Henderson
City Of Henderson
City Of Henderson
Kenergy
C.M. Inc.
AT&T - Bellsouth
CEMC
Portland Utilities (All)
Allied Waste
Sierra Chemical
Verizon Wireless
Madison Suburban Utility
Nashville Gas
Nashville Electric
AT & T
Suez Energy
Suez Energy
Suez Energy
Suez Energy
Suez Energy
Suez Energy
City Of Denton
City Of Denton
City Of Denton
Verizon Southwest
Embarq
American Messaging
AT&T Mobile
Sprint
Waste Management
Appalachian Power
Atmos Gas
Verizon
PSA
PSA
Puget Sound Energy

Lewis County
City Of Chehalis
Lemay City Sanitary
Rainier Connect
London Hydro
Allied Waste
Shell Energy
Union Gas Limited
London Hydro
London Hydro
Bell Canada
Allstream
Rogers
Comision Federal De Electricidad
Cia. Mexicana De Gas, SA de CV
Proyecto Integral De Bienes
Inmobilarios, S.A. de C.V.
Radio Movil
Alestra
Recolecciones Ecologicas
Indiana & Michigan Power
Integrys
Suez
Com Ed
Freight Auditing, Inc.
RT&T Logistics
Rockfarm Logistics
Vitran Express
US Xpress Enterprises
United Parcel Service
Bbx Boston Buffalo
Rail Logistics LC
Estes Express Lines
Fedex Freight
Saia Motor Line Inc.

Averitt Express
Nu-Way Transportation Services, Inc.
Celadon Logistics Services
CN Worldwide Ground Inc.
Jack Gray Transport Services
Illinois Railnet
Floyd & Beasley
Elgin
Challenger
Graham
Key Point
Reimer Roadway
Lund Trucking
AccounTemps
American Utility Metals
Combined Metals
Ervin Industries
Federal Mogul Corporation
Hendrick Manufacturing
Industrial Chemicals
Financial Services Co
Les Aciers Robond
Maxion
McDonald
Metal Improvement
Michelin North America
Michex / Mercury Precision
Motion Industries
Motion Industries (RFD)
Snider Bold & Screw
Stelram

CH\1091918.27

## Parties to Major Litigation

Forgitron LLC
Automated Wheel, LLC
International Union, United Automobile,
Aerospace, and Agriculture Implement
Workers of America, Local 1186
Aubrey Favors
Joan Lindsay
Tyson Roller Bearings, Inc.
Gregory Schaer
Illinois Attorney General

Diana Reynolds
Pegee Sampson
Donnay Fagen
Lena Wilson
National Labor Relations Board
Larry Gibson
Ki Young Kim
Daniel V. Brunton
James Anderson
Doug Ferguson
Leo Gatti
Ron Huzinec
Geral Meyers
Dan Stafford
John Weber
Moring, Inc.

Forgitron Technologies, LLC
Gary L. Gore
Charles Miloshevsky

Robin R Foreman
David Lindsay
James T. Delie
Huthincosn Industries, Inc.
International Union, United Automobile,
Aerospace, and Agriculture Implement
Workers of America, Local 718
Craig Gerber
Danny Warren
Eddie Stowe
Mark Graham
Terry Moon
Michael Guy Langsdale
Mi Jeong
J.E. Culp Transport Ltd.
James Briggs
Ron Fox
Charles Harper
Joe Matczak
Leonard Popovich
Dennis Tarazski
John Harmich

## Major State and Other Relevant Governmental Authorities

Environmental Protection Agency
National Labor Relations Board
Illinois Environmental Protection Agency
Muskego Sanitary Landfill Groundwater
Remediation Group

Department of Transportation
National Highway Traffic Safety Admin.
Wisconsin Department of Natural Resources

CH\1091918.27

## Major Competitors

**(Accuride Wheels)**

Alcoa Inc.
ArvinMeritor, Inc.
Consolidated Metco Inc.
Alcoa Wheel Products
Wheels India
Centurion
Hutchinson Industries
Superior Industries
SunRise
DFM
Jining
Jantsa
Borlem (part of Hayes)
ZIBO

Hayes Lemmerz International, Inc.
National Seating Company
Webb Wheel Products, Inc.
ASA
Fullchamp
Hayes Lemmerz International, Inc.
Maxion (Wheels Div.)
Titan
FAW
ARC Ximing
Zhengxing
Zheijang Hongxin Heavy Forging
TOCA
Cofre
Isringhausen

**(Bostrom)**

GRA-MAG
Knoedler
Sears Seating
Wise Seats

National Seating Company
Seats Inc.

**(Brillion)**

Arrowcast
Grede
Neenah Foundry Company

Citation
Metal technologies, Inc.
Rochester Metal Products

**(Fabco)**

AxleTech
Cotta
Dana
ArvinMeritor (AWD Components)
M-H

Carraro
Cushman
Kessler
ArvinMeritor (Heavy tandem axles competing
with Sisu)
Namco

**(Gunite)**

Alpema Corporation
ArvinMeritor (Brake Drum)
Bendix
Conmet (Hubs)
DuraBrake (Brake Drums)
Europeenne Sea Samrev
Global Parts Network

ArvinMeritor (ASAs)
ArvinMeritor (Tube)
ConMet (BrakeDrums)
Dayton Parts
DuraBrake (Hubs)
Frum
Haldex

KIC Group (Drums)
Safak Dokum Makina Parca, Ismir, Turky
Toowoomba (Brake Drums)
Walther EMC (Brake Drums)
Webb (Brake Drums)

Outback Maximum International
Severe
Toowoomba (Hubs)
Walter EMC (Hubs)
Webb (Hubs)

**(Imperial)**
Almco Steel
Beach Manufacturing
Fuel Systems LLC
IPS Finishing
Lincoln Industries
Mayflower Vehicle Systems (N.A.
    Commercial Vehicle Operations)
Metal Plate Polishing
Valley Chrome Plating

Arcadia
DBG (Debiasi)
Hendrickson Bumper & Trim Division
Liberty Steel
Mancor Industries
Mecasa
National Tube Form

**(Military)**
Titan Wheel
Hutchinson Industries
Hayes Lemmerz
Arvin Meritor
Seats Inc.
Global Seating Solutions

## Secured Creditors

AEL Leasing Co, Inc. dba American Equipment Leasing
Agricredit Acceptance LLC
AK Tube LLC
American Technologies Credit, inc.
Applied Industrial Technologies, Inc.
Balance Technology, Inc.
Bankers/Softech/Mid-States a Division of EAB Leasing Corp.
Barloworld Fleet Leasing LLC
Chrysler Financial Canada
CIT Communication Finance Corporation
Citcorp USA, Inc.
Citicapital Technology Finance, Inc.
Citicorp Del Lease, Inc.
Colonial Pacific Leasing Corporation
Country Horizons Cooperative
Credit Suisse First Boston
Cupertino National Bank c/o Greater Bay Capital
Daimlerchrysler Services Canada Inc.
First Union National Bank
Fleet Business Credit Corporation
General Electric Canada Equipment Finance G.P.
General Electric Capital Corp.
Great American Leasing Corporation
Hirsch International Corp
IBM Credit Corporation
Image Financial Services Inc.

Integris Metals, Inc.

IOS Capital
KGK International Corp.
LaSalle Bank National Association
Makino Inc.
Marine Bank
Mazak Corporation

MBM Leasing
Mellon Leasing Corporation
Merizon Group, Inc. d/b/a MBM Leasing
Miller and Company LLC
NMHG Financial Services Inc.
Phoenixcor, Inc.
Republic Leasing Company
Signode Corporation
Signode Packaging Systems
Studebaker-Worthington Leasing Corp.

Technical Equipment Sales
The Chase Manhattan Bank
Toyota Motor Credit Corp
United Steelworrkers, et al (plaintiff)

Venserv Inc.
Venserv Inc.
Verizon Credit Inc.
Xerox Capital Services LLC

CH\1091918.27

## Top Creditors From 2008

ABN AMRO
Aegon
AIG
Bank of America
Brigade Capital
Citigroup
Deutsche Asset Management
Deutsche Bank
DiMaio Ahmad
Eaton Vance
Export Development Canada
Fifth Third
Flagship
General Electric Capital Corporation
Goldman Sachs
Hartford Investment Management
Company (HIMCO)
KKR Financial
Lehman Brothers
Levine Leichtman

Lyon Capital
Mackay Shields
Mariner Investment
Massachusetts Financial
New York Life
Nomura
Norinchukin
Octagon Credit Investors
Pioneer Investment Management
PPM America
Redwood Capital Management
RiverSource Investments
Sankaty
Scotiabank
Sun Capital Partners
UBS

Wells Fargo
WhiteHorse Capital
Canyon Partners

CH\1091918.27

## Major Customers

| | |
|---|---|
| Daimler Truck North America, LLC *† | Volvo Group North America, Inc. *† |
| PACCAR, Inc. *† | Wabash National, Inc. |
| Volvo/Mack Truck Corporation * | TW Traction * |
| Caterpillar * | HD America  * |
| Mack Trucks, Inc. *† | Advance Wheels (AWS) |
| Vipar * | General Motors Corporation |
| Fleetpride * | Western Star |
| UAP * | Sterling |
| Ford Service Parts Division * | Great Dane Limited Partnership |
| International Truck (Navistar) *† | Oshkosh Truck ** |
| BAE Systems – Global Tactical Systems Div.** | Spartan Chassis ** |
| U.S. Army TACOM ** | Heil Trailer ** |
| Navistar | Camiones Y Motores Internation |
| Gillig Corporation | Spartan |
| Balon | IC Corporation |
| Blue Diamond | Pomp's Tire Service, Inc. |
| Sauer-Danfoss | Kawasaki Motors Mfg |
| Daco Inc | Fleetpride |
| UAP Inc | Precise Industries |
| Steel Products | NAO Disbursements |
| Caterpillar | Thomas Built Buses, Inc |
| London Salvage and Trading Co | Utica General Peterbilt |
| Cummins | North American Bus Industries |
| TW Distribution | Dynacraft |
| Stewart and Stevenson | Autocar |
| Fort Garry Industries | Rubbermaid Comm Products |
| Canadian Tool and Die LTD | Maintenance Plus Inc. |
| Ford Motor Company | Consolidated Metco |
| Carlisle Braking System | Blue Bird |
| Avon Gear Co | Trail King Industries |
| Columbia Gear Corp | High Tech Industries |
| Wheels Now | Eaton Corp |
| Mac Trailer Mfg | Accurate Gauge and Mfg Inc |
| Government of Israel | Kalmar |
| TICO | Dana |
| Quality Metal | Accurate Gauge |
| Mennies | Rubbermaid |
| Ozark | Skyway |
| Columbia Gear | NABI |
| Carlisle | Team Industries |
| Mancor | Sauer |
| Balon | Avon |

CH\1091918.27

Canadian T&D
High Tech Industries
Utility Trailer Mfg.
Mennie's Machine Co Inc
Mechanical Devices
Hino Motors
Roca Acero, S.A. DE C.V.
Hyandai Translead
Parts for Trucks
Hypro Inc
Mattoon Precision MFG
Palmar Inc.
General Implement Distributors
CATCO
Century Wheel and Rim
Walker Stainless Equipment Co
Global Parts Network, LLC
Total Truck Parts
Custom Chassis Products, LLC
Servicios Y Montajes Eagle S.
Orrco International
Aurora Parts and Accessories
Frey the Wheelman Inc
Pioneer Rim and Wheel

Tecumseh
Carolina Rim and Wheel
Arvin Meritor
CRW Parts, Inc
Midwest Wheel
Wiza Industries LLC
Truck Pro, Inc
Transcraft Corp
Road Systems, Inc.
Meyer Sound Lab, Inc
Tracto Refacciones America, S.A.
Midway Truck Parts
Brake Service Inc.
Point Spring and Driveshaft CO
Rim and Wheel Service Co
Spitz Auto Parts
Thales Australia
Distribuidora De Refacciones D
Les Schwab Tire Co.
Lode-King Industries
Rosenbauer
Buhler Manufacturing
Neudorffer Truck

&ast;    Aftermarket
&ast;&dagger; Aftermarket & OEM
&ast;&ast;  Military

## Major Intellectual Property Providers

Datastream Systems Inc.
Executive Manufacturing Technologies, Inc.
Gianetti Ruote SpA
iConnect
MSLI GP (Microsoft Affiliate)
EASi Administrative Systems
INFOR
Ansys
Sirius
PPI
Scientific Forming (SFTC)
Kronos
Advanced Solutions (AutoCAD)

PeopleSoft
System Software Associates, Inc.
Unigraphics Solutions, Inc (subsidiary of
    Electronic Data Systems Corporation)
Webb Wheel Products, Inc.
UniGraphics (UGS)
PTC
IBM
Oracle (PeopleSoft)
Vertical Net
Symantec
Cisco
Thomson

CH\1091918.27

## Lienholders and Parties to Joint Venture and Licensing Agreements

Technoptics, LLC (Steven J. Holt)

Harris/Visual – Accuride, LLC (Ken Harris and Randall S. McCoy)

ESG – Accuride, LLC (Paul Elio and Hari Iyer)

Visual Industries, Inc.

Visual – Accuride, LLC (Randall S. McCoy and Dr. Roy Nelson)

Benecor – ACW, LLC (Brendan J. Foster)

Visual – Technoptics, LLC

## United States Bankruptcy Judges in the District of Delaware

Judge Kevin J. Carey

Judge Kevin Gross

Judge Christopher S. Sontichi

Judge Judith K. Fitzgerald (visiting judge)

Judge Raymond T. Lyons (visiting judge)

Judge John L. Peterson (visiting judge)

Judge Walter Shapero (visiting judge)

Judge Peter J. Walsh

Judge Brendan L. Shannon

Judge Mary F. Walrath

Judge Louis H. Kornreich (visiting judge)

Judge M. Bruce McCullough (visiting judge)

Judge Joel B. Rosenthal (visiting judge)

Judge Judith H. Wizmur (visiting judge)

## United States Trustee for the District of Delaware (and Key Staff Members)

William K. Harrington – Assistant US Trustee

Diane Giordano – Bankruptcy Analyst

Michael West – Bankruptcy Analyst

David Buchbinder – Trial Attorney

Jane Leamy - Trial Attorney

Richard Schepacarter - Trial Attorney

Christine Green - Paralegal Specialist

Dion Wynn - Paralegal Specialist

Ramona Vinson – OA Assistant

Jeffrey Heck – Bankruptcy Analyst

James R. O'Malley – Bankruptcy Analyst

Micahel Panacio – Bankruptcy Analyst

Mark Kenney - Trial Attorney

Joseph McMahon - Trial Attorney

Bonnie Anemone – Paralegal Specialist

Shakima L. Williams - Paralegal Specialist

Lauren O'Neil – OA Assistant

## Clerk of Court and Deputy for the District of Delaware

David D. Bird (clerk of the court)

**Members of Official Committee of Unsecured Creditors**

**Professionals Retained by Official Committee of Unsecured Creditors**

**Counsel to Individual Members of Official Committee of Unsecured Creditors**

**Staff for the Honorable [PRESIDING JUDGE]**

**Other**

Goldman Sachs
Milbank Tweed Hadley McCloy, LLP
Ohio Bureau of Workers' Compensation
Credit Suisse
Wachovia

Deutsche Bank
G.A.B. Robins Inc
RSM Richter, Inc.
Aladdin Capital

CH\1091918.27

## APPENDIX II TO HELLER DECLARATION

## POTENTIAL PARTIES IN INTEREST WHO ARE
## CURRENT OR FORMER L&W CLIENTS

## POTENTIAL PARTIES IN INTEREST WHO ARE
## CURRENT OR FORMER L&W CLIENTS

A-American
ABN AMRO
Accuride Canada, Inc.
Accuride Corporation
Accuride Cuyahoga Falls, Inc.
Accuride de Mexico, S.A. de C.V.
Accuride del Norte. S.A. de C.V.
Accuride Distributing, LLC
Accuride EMI LLC
Accuride Erie L.P.
Accuride Henderson LLC
Accuride Monterrey S. de R.L. de C.V.
Accuride Texas Inc.
Ace American
Advanced Solutions (AutoCAD)
Aegon
Aegon/Transamerica Series Trust-MFS
AIG
Air Liquide Industrial U.S. LP
Airgas
Airgas - Chehalis
Airgas Mid-America
Airgas South Inc
AK Tube LLC
Alcoa Inc.
Alcoa Wheel Products
All State Diversified
AllianzGI Kapitalanlagegesellschaft mbH
Allied Waste
Allied Waste Services #840
Allied World National Assurance Company
Altex Packaging, Inc.
American Securities
Ameriprise Certificate Company
Ampco
Ampco Manufacturing
Am-Safe Commercial Products
Anchorage Capital Group
Anchorage Capital Master Offshore
Anixter
Anixter Fasteners
Ansys

Aramark
Arcadia
ArcelorMittal Dofasco
Arch Insurance Company
Ares
Ares VIR Clo Ltd.
Ares VR Clo Ltd.
Armstrong, David K.
ArvinMeritor (ASAs)
ArvinMeritor (AWD Components)
ArvinMeritor (Brake Drum)
ArvinMeritor (Heavy tandem axles competing with Sisu)
ArvinMeritor (Tube)
ArvinMeritor Ride Central Prod.
ArvinMeritor, Inc.
Ashland Chemical
AT&T
AT&T - Bellsouth
AT&T Mobile
ATT
Aurum CLO 2002-1 LTD
Avaya Inc
Averitt Express
Avon
AxleTech
BAE Systems – Global Tactical Systems Div.
Band-It
Bank of America
Bank of America TRS
Bank One - Bostrom IRB
Bankers
Barclays Global Investors
Bear Stearns and Company, Inc.
Beazley Insurance Company, Inc.
Bell Canada
Bethlehem Steel Corporation
BlackRock
BlackRock Financial Management Inc
Blackrock Senior Income Series
Blackrock Senior Income Series II
Blue Cross & Blue Shield of Illinois
Blue Diamond
BMo Capital Markets Corp.
Body Cote
Buhler Manufacturing
Canadian Imperial Bank of Commerce, Private and Investment Banking Arm

Canadian T&D
Canyon Capital CLO 2007-1 LTD.
Canyon Partners
Capital Research & Management Co
Carl Zeiss IMT Corporation
Carl Zeiss, Inc.
Carraro
Caterpillar
Chrysler Financial Canada
Chubb Group of Insurance Companies
CIBC Capital Corporation
CIBC Employee Private Equity Fund (Trimaran) Partners
CIBC Employee Private Equity Partners (Trimaran)
CIBC Mellon
CIGNA Investment Advisors Inc
Cisco
CIT Communication Finance Corporation
Citation
Citation Custom Products
Citi Origination
Citibank Canada
Citibank N.A.
Citibank, N.A. - Secondary Trading
Citicapital Technology Finance, Inc.
Citicorp Del Lease, Inc.
CitiCorp USA – Underwriting
Citicorp USA, Inc.
Citigroup
Citigroup Global Markets Inc.
Com Ed
Comcast Cable
Conbraco Calibrations
Conning Asset Management Co
Credit Suisse First Boston
Culligan
Cummins
Cupertino National Bank c/o Greater Bay Capital
Daimler Truck North America, LLC
Daimlerchrysler Services Canada Inc.
Dana
Dana Automotive Systems Group, LLC
Dana Commercial Vehicle Products Group
Dana Limited
Dayton Steel Service, Inc.
Defiance Metal
Defiance Metal Products Of SC

Delaware Investments
Deloitte & Touche
Deloitte & Touche LLP
Deloitte Financial Advisory Services
Deutsche Asset Management
Deutsche Bank
Deutsche Bank AG London Branch
Deutsche Bank AG, New York Branch
Deutsche Bank Securities
Deutsche Bank Trust Company America
Discover Re
DMS
Dresdner Bank AG
DuPont Powder Coatings
Eaton Corp
Eaton Vance
Eaton Vance CDO IX LTD
Eaton Vance CDO VIII, LTD
Eaton Vance Institutional Senior LO
Eaton Vance Limited Duration Income
Eaton Vance Loan Opportunities
Eaton Vance Medallion Floating-Rate
Eaton Vance Senior Floating-Rate TR
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Div Inc
Eaton Vance VT Floating-Rate
Eaton Vance-Floating Rate Income TR
Electronic Data Systems Corporation
Elgin
Elgin Motor Freight Inc.
Elkem Metals Inc
Estes Express Lines
Euroclear Banking
Export Development Canada
Fanuc
Fanuc America
Federal Mogul Corporation
FedEx Freight
Ferguson, Doug
Ferrell Gas, Inc.
Ferroatlántica
Fidelity Management & Research Company
Fifth Third Bank
Finishmaster
Fireman's Fund Insurance Company
Firestone Tire & Rubber Company

First Union National Bank
Fleet Business Credit Corporation
Fleetpride
FMR LLC
Ford Motor Company
Ford Service Parts Division
Forging & Stamping
Foseco
Foseco Metallurgical Inc.
Foseco plc
Foseco, Inc.
Franklin
Franklin Floating Rate Daily Access
Franklin Templeton Investments
Free Flow
Freightliner
G.E. Capital Corporation
G.E. Commercial Equipment Financing
Galaxy CLO 2003-1, LTD
Galaxy III CLO, LTD
Galaxy IV CLO LTD
Garlock
GE Energy
General Electric Canada Equipment Finance G.P.
General Electric Capital Corporation
General Motors Corporation
General Motors of Canada Ltd.
Global Metal Products Inc.
Goldman Sachs
Goldman Sachs Asset Management (GSAM)
Goldman Sachs Special Situations
Goldman, Sachs & Co.
Goltz, Frederick M.
Greater Bay Capital
Greene, Jr., James H.
Hartford Fire Insurance Company
Hartford Insurance Company
Hayes Lemmerz
Hayes Lemmerz International, Inc.
HD America
Henkel Capital, S.A. de. CV
Henkel Corportation
Heraeus Electro-Nite
Hewitt Associates
Heyer, Andrew R.
Highwood Properties

Huron Casting, Inc.
Hyundai Translead
IBM
IBM Credit Corporation
IFT
Imperial Oil
Indiana & Michigan Power
Indiana Michigan Power (AEP)
Industrial Chemicals
Infast USA, Inc
INFOR
INFOR
Integra Telecom
Integris Metals, Inc.
International Truck (Navistar)
Intertek
IOS Capital
ITW Chronomatic
JMP
Johnston, Andrew
Joslyn
JP Morgan Bank
JP Morgan Chase Bank NA
JP Morgan Trust Company
Kaiser Alum Fab Products, LLC
Kaiser Aluminum
Kaiser Aluminum & Chemical Corporation
Katonah III, LTD
Katonah IV, LTD
Kawasaki Motors Mfg
Kehler, Dean C.
KKR Financial
KKR Financial CLO 2005-1, LTD
KKR Financial CLO 2007-A, LTD.
Kohlberg Kravis Roberts and Co.
Kronos
Lake Erie Steel Company (Div. of Stelco Inc.)
LaSalle
LaSalle Bank National Association
Lasalle National Bank
Leggett & Platt - London
Lehman Brothers
Lehman Brothers Inc.
Lehman Commercial Paper
Levine Leichtman
Lexington Insurance Company

LGT Capital Management AG
Lincoln Electric Co.
Linde
Mack Trucks, Inc.
Mackay Shields
Manulife Financial Group
Mariner Investment
Marmon Keystone
Marmon-Herrington
Marsh USA
Martin, Stephen A.
Martinez, Gerardo
Massachusetts Financial
Mellon Leasing Corporation
Merit Gear Corporation
Met Investors Series Trust-Pioneer
MFS Charter Inc Trust
MFS High Income Fund
MFS High Yield Opportunities Fund
MFS Intermarket Income Trust I
MFS Investment Management
MFS Multimarket Income Trust
MFS Special Value Trust
MFS Strategic Income Fund
MFS Variable Insurance Trust
MFS Variable Insurance Trust II
Michelin North America
Milbank Tweed Hadley McCloy, LLP
Miller, Monte
Milliken & Company
Mineral and Pigment
Minister of Finance
Mobile Communication Service, Inc.
Montpelier Investments Holdings LTD
Morgan Stanley Asset & Investment Trust Mgt Co Ltd
Morgan Stanley Investment Management
Morgan Stanley Senior Funding Inc.
Motoman
MTS Systems
Murphy, John R.
Namco
National Seating
National Seating Company
National Union Fire Insurance Company of Pittsburgh, PA
Navistar
Neenah Foundry

Neenah Foundry Company
Nelson, Gregory W.
New Century
New York Life Insurance and Annuity
New York Life Insurance Company
New York Life Investment Management LLC
Nicholas-Applegate Capital Management
NIPSCO
NMHG Financial Services Inc.
Nomura
Nomura Asset Management
NOMURA Bond & Loan Fund
Norinchukin
Norinchukin Bank, The
NTN Bearing Corp of America
Oak Hill
Octagon Credit Investors
Octagon Investment Partner X LTD
Octagon Investment Partners V LTD
Octagon Investment Partners VI, LTD
Octagon Investment Partners VII
Octagon Investment Partners VIII, L
Omnova Solutions, Inc
One Communications
Oracle (PeopleSoft)
Osler, Hoskin & Harcourt LLP
P&W
PACCAR, Inc.
PeopleSoft
Perella Weinberg Partners LP
PG & E
Phelps Dodge Corporation
Pioneer Bond Fund
Pioneer Bond VCT Portfolio
Pioneer Corp
Pioneer Diversified High
Pioneer Floating Rate Fund
Pioneer High Yield Fund
Pioneer Investment Management Inc
Pioneer Short Term Income Fund
Pitney Bowes. Inc.
PPM America
Praxair Canada
Praxair, Inc.
PSA
Redwood Capital Management

Redwood Master Fund, LTD
Reliance Insurance Company
Republic Waste
Richards Layton & Finger
RiverSource Investments
Robert W. Baird & Co.
Rogers
Royal & Sun Alliance
Rubbermaid
Rubbermaid Commercial Products
Ryerson
Ryerson Tull, Inc
S&B
Safety Kleen
Sankaty Advisors, LLC
Sankaty Credit Opportunities
Sankaty Credit Opportunities IV, LP
Scotiabank
Scotiabank (Ireland) Limited
Shandong Zibo Wheel Plant (China)
Shell Energy
Shell Energy North America
Siemens Energy & Automation
Sika Corp
Simpson Thacher & Bartlett LLP
Sirius
SMBC MVI SPC, on behalf of and for the Account of Segregated Portfolio
Smurfit-Stone
Sprint
St. Paul Fire and Marine Insurance Company
Stellram/Teledyne Metalworks – E
Stewart and Stevenson
Stichting Pensioenfonds Medische
Stichting Pensioenfonds Voor
Suez
Suez Energy
Suez Energy Resources NA, Inc.
Sun Accuride Debt Investments, LLC
Sun Capital
Sun Capital Master Securities Fund III
Sun Capital Offshore Fund, Ltd
Sun Capital Partners
Sun Capital Partners V, L.P.
Sun Capital Partners V, Ltd.
Sun Capital Securities Fund, LP
Sun Capital Securities Group, LLC

Sun Capital Securities III
Sun Capital Securities, LLC
Sun Life Assurance Co.
Sunamerica Life Insurance Company
Sunamerica Senior Floating Rate
Superior Industries
Symantec
System Software Associates, Inc.
T. Rowe Price Associate Group, Inc.
T. Rowe Price Associates, Inc.
Taylor, Thomas V.
Tecumseh
Thales Australia
The Bank of New York Trust Company, N.A.
The Chase Manhattan Bank
The Lincoln Electric Company
The Valspar Corporation
Thomson
Thyssen Krupp Waupaca
Time Warner
Tinicum Capital Partners
Tinicum Capital Partners II, LLC
Tinicum Lantern II, LLC
Toyota Motor Credit Corp
Transportation Technologies Industries, Inc.
Travelers Companies Inc, The
Travelers Indemnity Company
Trimaran Capital Partners
Trimaran Fund II LLC
Trimaran Investments II, LLC
Trimaran Parallel Fund II, LP
TTI, Inc.
Tyco Electronics
Tyson Roller Bearings, Inc.
U.S. Steel (Stelco Inc.)
U.S. Steel Canada Inc.
UAP
UAP Inc
UBS
UBS AG, Stamford Branch
UBS Loan Finance LLC
UBS Securities, LLC
UniGraphics (UGS)
Unigraphics Solutions, Inc (subsidiary of Electronic Data Systems Corporation)
Uniroyal Engineered Products
United Parcel Service

USS Canada
Utica General Peterbilt
Utility Trailer Mfg.
Valspar Lockbox 644359
Valspar Mexicana, S.A. DE. S.V.
Vectren
Veolia
Veolia ES Solid Waste Midwest Inc B2
Verizon
Verizon Credit Inc.
Verizon North
Verizon Southwest
Verizon Wireless
Vertical Net
Verticalnet Inc.
Veyance Technologies Inc.
Volvo Group North America, Inc.
Volvo/Mack Truck Corporation
Waste Management, Inc.
Webasto
Webb (Brake Drums)
Webb (Hubs)
Webb Wheel Products, Inc.
Webex
Wells Fargo
Wells Fargo Bank, N.A.
Wheelabrator
White Mountains Advisors LLC
Xerox Capital Services LLC
Xpedx
Zurich American Insurance Company
Financial Services Co.
Allen Foundation
Allen Trust #3
Guggenheim Partners
Russell Trust Co. TTEE United Airlines Pilot Direct Plan
Stifel Nicholaus Cust. For Lillian Mann Roth IRA
Stifel Nicholaus Cust. For Robert J. Jaremba IRA
Zolfo Cooper
ACE American Insurance Company – High Yield
ACE Bermuda Insurance Ltd (ACE Bermuda) – High Yield
California State Teachers' Retirement System
Canyon Capital Advisors LLC
Royal Bank of Scotland
NEXCOM High Yield
Sankaty Credit Opportunities III, LP

Tinicum Incorporated
BNP Paribas Prime Brokerage, Inc.
Brown Brothers Harriman & Co.
Charles Schwab & Co., Inc.
Citigroup Global Markets Inc./Salomon Brothers
Credit Suisse Securities (USA) LLC
Dresdner Kleinwort Securities LLC
E*Trade Clearing LLC
Goldman Sachs Bank USA
Goldman, Sachs & Co.
J.P. Morgan Clearing Corp.
J.P. Morgan Securities Inc., Fixed Income
JP Morgan Chase Bank, National Association
Mitsubishi UFJ Trust & Banking Corporation (U.S.A.)
Pershing LLC
PNC Bank, National Association
Southwest Securities, Inc.
State Street Bank and Trust Company
TD Ameritrade Clearing, Inc.
The Bank of New York Mellon
The Bank of New York/Mellon Trust of new England National Association
U.S. Bank N.A.
UBS Financial Services LLC
VANGUARD Marketing Corporation
Wells Fargo Investment, LLC
Alabama Power
American Securities Opportunities Fund (B), L.P.
American Securities Opportunities Fund, LP
Anderson, James
CVG Concord
Harper, Charles

# APPENDIX III TO HELLER DECLARATION

## MATERIAL SECURED CLAIMANTS

## MATERIAL SECURED CLAIMANTS

4086 Advisors
ABN AMRO
Aegon
Aegon/Transamerica Series Trust-MFS
AEL Leasing Co, Inc. dba American Equipment Leasing
Agricredit Acceptance LLC
AIG
AK Tube LLC
American Securities
American Securities Opportunities Fund (B), L.P.
American Securities Opportunities Fund, LP
American Technologies Credit, inc.
Ameriprise Certificate Company
Anchorage Capital Group
Anchorage Capital Master Offshore
Applied Industrial Technologies, Inc.
Aquamarine Funding LLC
Ares
Ares VIR Clo Ltd.
Ares VR Clo Ltd.
Aurum CLO 2002-1 LTD
Avery Point CLO LTD
B.R. Williams Trucking, Inc.
Balance Technology, Inc.
Ballantyne Funding LLC
Baltic Funding LLC
Bank of America
Bank of America TRS
Bankers
Bankers/Softech/Mid-States a Division of EAB Leasing Corp.
Barloworld Fleet Leasing LLC
Battalion CLO 2007-I LTD
Belmont Funding LLC
Big Sky III Senior Loan Trust
BlackRock
Blackrock Senior Income Series
Blackrock Senior Income Series II
Brigade Capital
Bushnell CBNA Loan Funding LLC
Bushnell Loan Fund II
Canpartners Investments IV, LLC
Canyon Capital CLO 2007-1 LTD.

Canyon Partners
Canyon Partners
Castle Hill III CLO, LTD
Castle Hill II-Ingots LTD
Castle Hill I-Ingots, LTD
CBG Property LLC
CE Capital Group, LLC
Cent CDO 10 Limited
Cent CDO 12 LTD
Cent CDO 14 LTD
Cent CDO 15 LTD
Centre Pacific
Centurion CDO 8, LIMITED
Centurion CDO 9 LIMITED
Centurion CDO II, LTD.
Centurion CDO VI, LTD
Centurion CDO VII, LTD
Centurion CDO XI LIMITED
Chatham Light II CLO LTD
Chrysler Financial Canada
CIT Communication Finance Corporation
Citi Origination
Citibank Canada
Citibank, N.A. - Secondary Trading
Citicapital Technology Finance, Inc.
Citicorp Del Lease, Inc.
CitiCorp USA – Underwriting
Citicorp USA, Inc.
Citigroup
Citigroup
Clydesdale CLO 2003 LTD
Clydesdale CLO 2004 LTD
Clydesdale CLO 2005, LTD
Clydesdale CLO 2007 LTD
Clydesdale Strategic CLO I, LTD.
Colonial Pacific Leasing Corporation
Country Horizons Cooperative
Credit Suisse First Boston
Cupertino National Bank c/o Greater Bay Capital
Daimlerchrysler Services Canada Inc.
Deutsche Asset Management
Deutsche Bank
Deutsche Bank AG London Branch
Deutsche Bank AG, New York Branch
Deutsche Bank Trust Company America
DiMaio Ahmad Capital L.L.C.

Duane Street CLO III LTD
EAB Leasing Corp.
Eaton Vance
Eaton Vance
Eaton Vance CDO IX LTD
Eaton Vance CDO VIII, LTD
Eaton Vance Institutional Senior LO
Eaton Vance Limited Duration Income
Eaton Vance Loan Opportunities
Eaton Vance Medallion Floating-Rate
Eaton Vance Senior Floating-Rate TR
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Div Inc
Eaton Vance VT Floating-Rate
Eaton Vance-Floating Rate Income TR
Export Development Canada
Fall Creek CLO Ltd
Fifth Third Bank
Fink Management, LLC
First Union National Bank
Flagship
Flagship CLO III
Flagship CLO IV
Flagship CLO VI
Flatiron CLO 2007-1 LTD
Fleet Business Credit Corporation
Franklin
Franklin Floating Rate Daily Access
Franklin Templeton Investments
Galaxy CLO 2003-1, LTD
Galaxy III CLO, LTD
Galaxy IV CLO LTD
GE Canada Finance Holding Company
General Electric Canada Equipment Finance G.P.
General Electric Capital Corporation
Genesis CLO 2007-2 LTD
Goldman Sachs
Goldman Sachs Special Situations
Grayson & Co
Great American Leasing Corporation
Greater Bay Capital
Halbis Capital Management
Halbis Distressed Opportunities
Hamlet II, Ltd
Harbour Town Funding, LLC
Hartford Investment Management Company (HIMCO)

High Yield Variable Account
HIMCO
Hirsch International Corp
IBM Credit Corporation
Image Financial Services Inc.
Industrial Realty Partners, LLC
Industrial Revenue Bond. The 10k Lists an "Industrial Revenue Bond." We do not know who the holder of this bond is.
Integris Metals, Inc.
IOS Capital
JP Morgan Chase Bank NA
Kaiser Aluminum & Chemical Corporation
Katonah III, LTD
Katonah IV, LTD
KGK International Corp.
KKR Financial
KKR Financial CLO 2005-1, LTD
KKR Financial CLO 2007-A, LTD.
KZH
KZH Soleil 2 LLC
LaSalle
LaSalle Bank National Association
Lasalle National Bank
LCM I Limited Partnership
LCM II Limited Partnership
LCM III LTD
LCM IV LTD.
LCM V LTD
LCM VI LTD
Lehman Brothers
Lehman Commercial Paper
Levine Leichtman
Loan Funding XI
Lyon Capital
Lyon Capital
Mackay Shields
Magnetite V CLO, LTD.
Mainstay Floating Rate Fund, A SERIES
Makino Inc.
Malibu CBNA Loan Funding LLC
Marine Bank
Mariner Investment
Mariner Voyager Master Fund LTD.
Massachusetts Financial
Mazak Corporation
MBM Leasing

Mellon Leasing Corporation
Merizon Group, Inc. d/b/a MBM Leasing
Merritt CLO Holdings LLC
Met Investors Series Trust-Pioneer
MFS Charter Inc Trust
MFS High Income Fund
MFS High Yield Opportunities Fund
MFS Intermarket Income Trust I
MFS Multimarket Income Trust
MFS Special Value Trust
MFS Strategic Income Fund
MFS Variable Insurance Trust
MFS Variable Insurance Trust II
Mid-States (division of EAB Leasing Corp.)
Miller and Company LLC
Montpelier Investments Holdings LTD
Morgan Stanley Investment Management
Morgan Stanley Senior Funding Inc.
Napa/Livermore Properties, LLC
NCRAM Senior Loan Trust 2005
New York Life Insurance and Annuity
New York Life Insurance Company
New York Life Insurance Company
NMHG Financial Services Inc.
Nomura
NOMURA Bond & Loan Fund
Norinchukin
Norinchukin Bank, The
Northgate Investors, LLC
NYLIM Flatiron CLO 2003-1 LTD
NYLIM Flatiron CLO 2004-1 LTD
NYLIM Flatiron CLO 2005-1 LTD.
NYLIM Flatiron CLO 2006-1 LTD.
Oak Hill
Octagon Credit Investors
Octagon Investment Partner X LTD
Octagon Investment Partners V LTD
Octagon Investment Partners VI, LTD
Octagon Investment Partners VII
Octagon Investment Partners VIII, L
Phoenixcor, Inc.
Pinehurst Trading, INC.
Pioneer Bond Fund
Pioneer Bond VCT Portfolio
Pioneer Diversified High
Pioneer Floating Rate Fund

Pioneer High Yield Fund
Pioneer Investment Management Inc
Pioneer Short Term Income Fund
Potential CLO I LTD
PPM America
PPM Monarch Bay Funding LLC
PPM Shadow Creek Funding LLC
Race Point CLO Limited
Race Point II CLO LTD
Redwood Capital Management
Redwood Master Fund, LTD
Republic Leasing Company
RiverSource Investments
Riversource Life Insurance Company
Sankaty Advisors, LLC
Sankaty Credit Opportunities
Sankaty Credit Opportunities IV, LP
Sankaty Senior Loan Fund, L.P. (Sankaty Advisors)
Saturn CLO, LTD.
Scotiabank
Scotiabank (Ireland) Limited
Senior Debt Portfolio
Sequils-Centurion V, LTD.
Serves 2006-1 LTD
Sierra CLO II LTD
Signode Corporation
Signode Packaging Systems
SMBC MVI SPC, on behalf of and for the Account of Segregated Portfolio
Softech
Special Situations Investing Group,
Stedman Loan Fund II Subsidiary
Stichting Pensioenfonds Medische
Stichting Pensioenfonds Voor
Studebaker-Worthington Leasing Corp.
Sun Accuride Debt Investments, LLC
Sun Capital
Sun Capital Partners
Sunamerica Life Insurance Company
Sunamerica Senior Floating Rate
Symphony Asset Management
Symphony Clo I, Ltd
Taylor Land & Co.
Technical Equipment Sales
The Bell Company
The Chase Manhattan Bank
The Industrial Development Board of the City of Piedmont

Toyota Motor Credit Corp
TTI, Inc.
UBS
UBS AG, Stamford Branch
UBS Loan Finance LLC
United Steelworkers, et. al.
Venserv Inc.
Verizon Credit Inc.
Viking Properties LLC
Wells Fargo
Wells Fargo Bank, N.A.
White Mountain Sub-Acct 193 Fund
WhiteHorse Capital
WhiteHorse Capital
Whitehorse II LTD
Woodward, LLC
Xerox Capital Services LLC