UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
: Case No. 09-13449 (BLS)
Accuride Corporation., *et al.* :
: NOTICE OF APPOINTMENT OF
: COMMITTEE OF UNSECURED
Debtors : CREDITORS
-------------------------------------------------------- :

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon Trust Company, N.A.**, Attn: Dennis Roemlein, 601 Travis Street, 16th Floor, Houston, TX 77002, Phone: 713-483-6531, Fax: 713-483-6979

2. **Ryerson,** Attn: James Doseck, 440 Peachtree Industrial Blvd., Norcross, GA 30071, Phone: 678-291-4162, Fax: 678-291-4163

3. **Dawlen Corporation**, Attn: Faith Small, 2029 Micor Drive, PO Box 884, Jackson, MI 49204, Phone: 517-787-2200, Fax: 517-768-1766

4. **B&D Thread Rolling, Inc**., Attn: Scott Sanderson, 25000 Brest Rd., Taylor, MI 48180, Phone: 734-728-7070, Fax: 734-946-0776

5. **Church Electric**, Attn: Thomas H. Church, Jr., 7605 Old French Rd., Erie, PA 16509, Phone: 814-868-1858, Fax: 814-866-6387

                                                  ROBERTA A. DeANGELIS
                                                  Acting United States Trustee, Region 3

                                                  /s/ Jane M. Leamy, for
                                                  WILLIAM K. HARRINGTON
                                                  ASSISTANT UNITED STATES TRUSTEE

DATED: October 21, 2009

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Michael Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253