UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-13449 (BLS) |
| Accuride Corporation., *et al.* | : | |
| | : | SECOND AMENDED NOTICE |
| | : | OF APPOINTMENT OF |
| Debtors | : | COMMITTEE OF UNSECURED |
| ------------------------------------------------------- | : | CREDITORS* |

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York Mellon Trust Company, N.A.**, Attn: Dennis Roemlein, 601 Travis Street, 16th Floor, Houston, TX 77002, Phone: 713-483-6531, Fax: 713-483-6979

2. **Ryerson,** Attn: James Doseck, 440 Peachtree Industrial Blvd., Norcross, GA 30071, Phone: 678-291-4162, Fax: 678-291-4163

3. **Dawlen Corporation**, Attn: Faith Small, 2029 Micor Drive, PO Box 884, Jackson, MI 49204, Phone: 517-787-2200, Fax: 517-768-1766

                                                                 ROBERTA A. DeANGELIS
                                                                 Acting United States Trustee, Region 3

                                                                /s/ Jane M. Leamy, for
                                                                WILLIAM K. HARRINGTON
                                                               ASSISTANT UNITED STATES TRUSTEE

DATED: December 3, 2009

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Michael Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253

*Amended to reflect the resignation of Church Electric from the Committee.