**EXHIBIT D**

The Reorganized Debtors' Financial Projections

CH\1125862.25

## ACCURIDE CORPORATION
### Income Statement

| ($ in millions) | | Projected Fiscal Years Ending December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2009 | 2010 | 2011 | 2012 | 2013 |
| Net Sales | $ | 574.7 $ | 768.8 $ | 1,022.7 $ | 1,246.9 $ | 1,456.1 |
| COGS | | 577.0 | 683.7 | 865.6 | 1,042.2 | 1,213.8 |
| Gross Profit | $ | (2.3) $ | 85.0 $ | 157.1 $ | 204.7 $ | 242.3 |
| SG&A | | 68.6 | 64.5 | 52.7 | 54.5 | 56.3 |
| Operating Income | $ | (70.8) $ | 20.5 $ | 104.4 $ | 150.2 $ | 186.0 |
| Depreciation & Amortization | | 50.8 | 47.2 | 47.5 | 50.3 | 53.4 |
| EBITDA | $ | (20.1) $ | 67.7 $ | 151.9 $ | 200.5 $ | 239.4 |
| Non-recurring/Other items | | 41.6 | 11.8 | 0.4 | 0.4 | 0.4 |
| Adjusted EBITDA | $ | 21.5 $ | 79.6 $ | 152.3 $ | 200.9 $ | 239.8 |
| Other Expenses / (Income) | | (8.5) | - | - | - | - |
| Net Interest Expense | | 69.0 | 46.8 | 41.7 | 43.8 | 45.5 |
| Pre-tax Income | $ | (131.4) $ | (26.3) $ | 62.7 $ | 106.4 $ | 140.6 |
| Tax | | (11.5) | (9.5) | 22.6 | 38.3 | 50.6 |
| Net Income | $ | (119.9) $ | (16.8) $ | 40.1 $ | 68.1 $ | 90.0 |