**EXHIBIT E**

The Reorganized Debtors' Valuation Analysis

CH\1125862.27

> **This information is being included at the direction of the Debtors and does not reflect Perella Weinberg Partners' view as the information necessary as what constitutes adequate disclosure.**

## REORGANIZATION VALUATION ANALYSIS

### A. OVERVIEW

The Debtors have been advised by Perella Weinberg Partners LP ("PWP") regarding estimates of the reorganization value of the Reorganized Debtors on a going concern basis (the "Valuation"). PWP has determined the estimated range of reorganization enterprise value of the Reorganized Debtors to be approximately $491 million to $575 million (with a mid-point estimate of approximately $533 million) as of an assumed Effective Date of March 31, 2010. Adjusting for reorganized net debt of $374 million (prior to L/Cs and treating the New Notes as debt) implies an equity value range of $118 million to $201 million (with a mid-point estimate of approximately $159 million).

**The estimated Valuation range as of an assumed Effective Date on March 31, 2010, reflects PWP's analysis of business and asset information provided by the Debtors' management to PWP. Changes in facts and circumstances between the date hereof and the Effective Date, including, without limitation, a delay in the Effective Date, may result in changes to the Valuation. PWP will consider any such changes in facts and circumstances and may modify its estimate of the estimated Valuation range prior to the Effective Date.**

The foregoing Valuation range estimates are based on a number of assumptions, including a successful reorganization of the Debtors' business and finances in a timely manner, the implementation of the Reorganized Debtors' Business Plan (the "Business Plan"), achievement of the forecasts reflected in the Business Plan, access to adequate exit financing (including proceeds from the Rights Offering), continuity of a qualified management team, market conditions through the period covered by the Financial Projections, and the Plan becoming effective in accordance with the estimates and other assumptions discussed below.

With respect to the Financial Projections, which were prepared by the management of the Debtors, and are included as Exhibit D to this Disclosure Statement, PWP has assumed that the Financial Projections have been reasonably prepared in good faith and on a basis reflecting the best currently available estimates and judgments of the Debtors' management as to the future operating and financial performance of the Reorganized Debtors. PWP's estimate of a range of reorganization values assumes that operating results projected by the Debtors will be achieved by the Reorganized Debtors in all material respects, including revenue growth and improvements in operating margins, earnings and cash flow. Certain of the results forecast by the management of the Debtors are materially better than the recent historical results of operations of the Debtors. The estimate of reorganization values is dependent upon the Reorganized Debtors performing at the levels set forth in the Financial Projections. If the business performs at levels above or below those set forth in the Financial Projections, such performance may have a material impact on the Financial Projections and on the estimated range of values derived therefrom.

**In estimating the Valuation range PWP: (1) reviewed certain historical financial information of the Debtors for recent years and interim periods; (2) reviewed certain internal financial and operating data of the Debtors, including the Financial Projections, which were prepared and provided to PWP by the Debtors' management and which relate to the Debtors' business and their prospects; (3) met with certain members of management of the Debtors to discuss the Debtors' operations and future prospects; (4) reviewed publicly available financial data and considered the market value of public companies that PWP deemed generally comparable to the operating businesses of the Debtors; (5) considered certain economic and industry information relevant to the operating businesses; and (6) conducted such other studies, analyses, inquiries, and investigations as it deemed appropriate. PWP assumed and relied on the accuracy and completeness of all financial and other information furnished to it by the Debtors, as well as publicly available information.**

In addition, PWP did not independently verify management's Financial Projections in connection with such estimates of the reorganization value of the Reorganized Debtors, and no independent valuations or appraisals of the Debtors were sought or obtained in connection herewith.

Estimates of the reorganization value of the Reorganized Debtors do not purport to be appraisals or necessarily reflect the values that may be realized if assets are sold as a going concern, in liquidation, or otherwise.

In the case of the Reorganized Debtors, the estimates of the reorganization value prepared by PWP represent the hypothetical reorganization value of the Reorganized Debtors. Such estimates were developed for purposes of the formulation and negotiation of the Plan and the analysis of implied relative recoveries to creditors thereunder. Such estimates reflect computations of the range of the estimated reorganization value of the Reorganized Debtors through the application of various valuation techniques and do not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market value that may be realized through the sale of any Securities issued pursuant to the Plan, which may be significantly different than the amounts set forth herein.

The value of an operating business is subject to numerous uncertainties and contingencies which are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business. As a result, the estimate of the ranges of the reorganization value of the Reorganized Debtors set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Because such estimates are inherently subject to uncertainties, none of the Debtors, PWP, the Debtors' other advisors or any other person assumes responsibility for their accuracy. In addition, the valuation of newly issued Securities is subject to additional uncertainties and contingencies, all of which are difficult to predict. Actual market prices of such Securities at issuance will depend upon, among other things, prevailing interest rates, conditions in the financial markets, the anticipated initial securities holdings of prepetition creditors, some of which may prefer to liquidate their investment rather than hold it on a long-term basis, and other factors which generally influence the prices of securities.

## B. VALUATION METHODOLOGY

PWP performed a variety of analyses and considered a variety of factors in preparing the reorganization value of the Reorganized Debtors. PWP primarily relied on widely-recognized methodologies: comparable public company analysis, discounted cash flow analysis and market analysis. PWP made judgments as to the relative significance of each analysis in determining the Debtors' indicated reorganization value range. PWP's valuation must be considered as a whole, and selecting just one methodology or portions of the analyses, without considering the analyses as a whole, could create a misleading or incomplete conclusion as to the Reorganized Debtors' reorganization value.

The following summary does not purport to be a complete description of the analyses and factors undertaken to support PWP's conclusions. The preparation of a valuation is a complex process involving various determinations as to the most appropriate analyses and factors to consider, as well as the application of those analyses and factors under the particular circumstances. As a result, the process involved in preparing a valuation is more complex than the summary provided below.

### 1. Comparable Public Company Analysis

A comparable public company analysis estimates value based on a comparison of the target company's financial statistics with the financial statistics of public companies that are similar to the target company. It establishes a benchmark for asset valuation by deriving the value of "comparable" assets through a standardized approach that uses a common variable such as revenues, earnings, and cash flows. The analysis includes a detailed financial comparison of each company's income statement, balance sheet, and cash flow statement. In addition, each company's performance, profitability, margins, leverage and

business trends are also examined. Based on these analyses, a number of financial multiples and ratios are calculated to gauge each company's relative performance and valuation.

A key factor to this approach is the selection of companies with relatively similar business and operational characteristics to the target company. Criteria for selecting comparable companies include, among other relevant characteristics, similar lines of businesses, business risks, target market segments, growth prospects, maturity of businesses, market presence, size, and scale of operations. The selection of truly comparable companies is often difficult and subject to interpretation. However, the underlying concept is to develop a premise for relative value, which, when coupled with other approaches, presents a foundation for determining reorganization value.

In performing the Comparable Public Company Analysis, the following publicly traded companies were deemed generally comparable to the Debtors' business in some or all of the factors described above and were selected:

- Commercial Vehicle Group Inc.
- Cummins Inc.
- Navistar International Corp.
- PACCAR Inc.
- Superior Industries International, Inc.
- Titan International Inc.
- Wabash National Corp.
- WABCO Holdings Inc.

While calculating the current trading value for the comparable companies, PWP analyzed the current trading value for the comparable companies as a multiple of projected fiscal year end 2010 and 2011 earnings before interest, taxes, depreciation and amortization ("EBITDA"). This information informed the multiples applied to the Debtors' fiscal year end 2010 and 2011 forecasted Adjusted EBITDA to determine the range of reorganization values for the Debtors. Adjusted EBITDA ("Adjusted EBITDA") is measured as earnings (defined as operating income (loss) plus other income less other expenses) before interest, taxes, depreciation and amortization and excluding restructuring and other one-time charges.

In preparing comparable company analysis, it is important to note that no company utilized as a comparison is identical to the Debtors. Accordingly, an analysis of publicly traded comparable companies is not mathematical; rather, it involves complex considerations and judgments concerning the differences in financial and operating characteristics of the companies relative to the Reorganized Debtors.

**2. Discounted Cash Flow Approach**

The discounted cash flow ("DCF") valuation methodology relates the value of an asset or business to the present value of expected future cash flows to be generated by that asset or business. The DCF methodology is a "forward looking" approach that discounts the expected future cash flows by a theoretical or observed discount rate determined by calculating the average cost of debt and equity for publicly traded companies that are similar to the Debtors. The expected future cash flows have two components: the present value of the projected unlevered after-tax free cash flows for a determined period and the present value of the terminal value of cash flows (representing firm value beyond the time horizon of the Financial Projections). PWP's discounted cash flow valuation is based on a four year fiscal year end projection of the Debtors' operating results (2Q '10E – FY '13E). PWP discounted the projected cash flows using the Debtors' estimated weighted average cost of capital (the "Discount Rate" described below), and calculated the terminal value of the Debtors using EBITDA multiples derived from the historical trends and comparable companies analysis.

The concluded Discount Rate range of 15.0% - 20% reflects the estimated blended rate of return that would be required by debt and equity investors to invest in the business based on its capital structure. In selecting

a cost of capital range for the Debtors, PWP's analysis included input received from financing sources and yields on the debt securities of publicly traded comparable companies.

The DCF approach relies on a company's ability to project future cash flows with some degree of accuracy. Because the Financial Projections reflect significant assumptions made by the Debtors' management concerning anticipated results, the assumptions and judgments used in the Financial Projections may or may not prove correct and, therefore, no assurance can be provided that projected results are attainable or will be realized. PWP cannot and does not make any representations or warranties as to the accuracy or completeness of the Financial Projections.

**3. Market Analysis**

The Market Analysis approach estimates value by analyzing the levels at which investors are willing to put new capital into the reorganized entity. This approach assumes that investors would be willing to provide new capital if expected returns were sufficient to compensate for the risk inherent in the investment. As such, the value implied by the offers for new capital can be assumed to be a reasonable proxy for the risk-adjusted value of the business. PWP received several firm indications from key constituents and used these data points to derive an implied enterprise value for the reorganized Debtor.

**The foregoing Valuation represents estimated reorganization values and does not reflect values that could be attainable in public or private markets. The Valuation does not purport to be an estimate of the post-reorganized market trading value. Any such trading value may be materially different from the foregoing Valuation.**