## EXHIBIT F

## Liquidation Analysis

($ in Thousands)

| Liquidation Proceeds: | As of 8/31/2009 | RECOVERY ANALYSIS | | |
|---|---|---|---|---|
| | | HIGH | LOW | MIDPOINT |
| Cash [1] | $49,405 | $49,405 | $49,405 | $49,405 |
| *% Recovery* | | *100%* | *100%* | *100%* |
| Accounts Receivable | 69,561 | 45,025 | 27,992 | 36,509 |
| *% Recovery* | | *65%* | *40%* | *52%* |
| Raw Materials | 16,199 | 4,619 | 2,418 | 3,518 |
| WIP | 20,178 | 1,790 | 358 | 1,074 |
| Finished Goods | 26,263 | 16,891 | 12,006 | 14,448 |
| Total Inventory | 62,640 | 23,300 | 14,782 | 19,041 |
| *% Recovery* | | *37%* | *24%* | *30%* |
| Prepaid and Other Current Assets | 6,398 | 467 | 467 | 467 |
| *% Recovery* | | *7%* | *7%* | *7%* |
| Supplies | 13,801 | 1,380 | 690 | 1,035 |
| *% Recovery* | | *10%* | *5%* | *8%* |
| Property, Plant & Equipment | 199,348 | 32,644 | 13,230 | 22,937 |
| *% Recovery* | | *16%* | *7%* | *12%* |
| Other Assets | 1,792 | 910 | 910 | 910 |
| *% Recovery* | | *51%* | *51%* | *51%* |
| **Estimated Gross Proceeds** | **$402,945** | **$153,132** | **$107,475** | **$130,303** |
| *% Recovery* | | *38%* | *27%* | *32%* |
| **Less Cost of Wind-Down:** | | | | |
| Liquidation costs | | $22,292 | $22,292 | $22,292 |
| Chapter 7 Trustee fees [2] | | 3,925 | 1,961 | 2,645 |
| **Estimated Net Proceeds Available for Creditors** | | **$126,914** | **$83,222** | **$105,366** |

**Estimated Recoveries:**

| | | | | |
|---|---|---|---|---|
| DIP - First-in / Last-out Tranche | | $25,000 | $25,000 | $25,000 |
| *% Recovery* | | *100%* | *100%* | *100%* |
| | | $101,914 | $38,393 | $60,537 |
| Senior Secured Revolver and First-Out Term Loan | | $298,861 | $298,861 | $298,861 |
| *% Recovery* | | *34%* | *13%* | *20%* |
| Proceeds in excess over senior secured revolver and first-out term loan | | $0 | $0 | $0 |
| Senior Secured Last-Out Term Loan [3] | | $75,256 | $75,256 | $75,256 |
| *% Recovery* | | *0%* | *0%* | *0%* |
| Proceeds in excess over senior secured last-out term loan | | $0 | $0 | $0 |

(1) Cash balance as of November 28, 2009
(2) Chapter 7 Trustee fees assumed to be 3% of estimated gross proceeds
(3) Includes PiK interest through August 31, 2009

CH\1125862.27

NOTES

1. Basis for Valuation

Value estimates were derived from actual balances as of August 31, 2009.

2. Cash

The cash balances in each of the high, midpoint and low recovery cases is the actual cash balance as of November 28, 2009.

3. Accounts Receivable

Accounts receivable were broken down between trade receivables and other receivables. Trade accounts receivable were analyzed using aging data by business unit and customer. A significant portion of the Debtors' receivables are current or less than 30 days past due which should enhance realizations, particularly in the high recovery case scenario. As such, it is assumed that moderate proceeds will be realized from trade receivables. Other receivables consist of various items including tax refunds and notes receivables which in aggregate are assumed to have moderate realizations.

4. Inventory

Inventory was analyzed by raw materials, work in progress and finished goods. Recovery of raw materials are estimated to have minimal to moderate recovery based on realizations relative to scrap values. The Debtor assumed that work in progress would not be converted into finished goods and therefore have minimal recovery values. Finished goods are assumed to have moderate recoveries given a significant portion of finished goods are made to order and the Debtors' leading market position.

5. Supplies

Supplies basically consist of spare parts used in the various manufacturing processes and are assumed to have minimal recovery value.

6. Property, Plant and Equipment (PP&E)

Property, Plant & Equipment consists of land and land improvements, machinery and equipment, buildings, furniture and fixtures, trucks and automobiles, tools and dies and leasehold improvements. The most significant category on a net book value basis is machinery & equipment, followed by buildings & fixtures. PP&E is assumed to produce minimal recovery in a chapter 7 liquidation.

7. Prepaid & Other Assets

Minimal recoveries are assumed for prepaid and other assets which include prepayments, deposits and notes receivables.

8. Intangible Assets

Intangible assets predominantly consist of goodwill and other intangible assets such as non-compete agreements, trade names, technology and customer relationships. Intangible assets are estimated to have no value in a chapter 7 liquidation.

9. Chapter 7 Wind-Down Costs

Costs estimates include wages, salaries and other overhead associated with selling assets and winding down the various manufacturing facilities. Such costs are estimated to be reduced significantly upon commencement of the liquidation and reduced further during the course of the wind-down. Certain professional fees and other contingencies for items such as administrative expenses, severance and retention amounts are also included in the analysis. Wind down costs are satisfied ahead of creditors.

10. Chapter 7 Trustee Fees

It is assumed that the Chapter 7 Trustee fees are paid in accordance with limits established by section 326 of the Bankruptcy Code.

11. DIP Facility – First in / Last out tranche

The first in, last out tranche of the DIP facility has been fully drawn in the amount of $25.0 million.

12. Prepetition First Out Credit Agreement Claims

Prepetition First Out Credit Agreement Claims as of August 31, 2009 total $298.9 million and assume all letters of credit are fully drawn.

13. Prepetition Last Out Credit Agreement Claims

Prepetition Last Out Credit Agreement Claims as of August 31, 2009 total $75.3 million and include PIK interest.

14. Avoidance Actions

For the purposes of this analysis, no realizations are assumed from avoidance actions.