## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ACCURIDE CORPORATION, *et al.*, | ) | Case No. 09-13449 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Evan C. Borges, Esquire of the law firm Irell & Manella LLP, 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324 as counsel to the Official Committee of Unsecured Creditors in these cases. The Admittee is admitted, practicing, and in good standing as a member of the bar of the State of California.

Dated: January 6, 2010  
Wilmington, Delaware

By: /s/ Kurt F. Gwynne  
Kurt F. Gwynne (No. 3951)  
REED SMITH LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Phone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: kgwynne@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: January 4, 2010     By: */s/ Evan C. Borges*
Evan C. Borges, Esquire
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-5296
Facsimile: (949) 760-5200
E-mail: eborges@irell.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2010
Wilmington, Delaware

_____
Brendan L. Shannon
United States Bankruptcy Judge