# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACCURIDE CORPORATION, et al.,[1] | Case No. 09-13449 (BLS) |
| | Jointly Administered |
| Debtors. | Docket Ref. Nos. 448 & 449 |

## NOTICE OF FILING OF PLAN SUPPLEMENT TO DEBTORS' THIRD AMENDED PLAN OF REORGANIZATION

TO: (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL TO THE CREDITORS' COMMITTEE; (C) COUNSEL TO ADMINISTRATIVE AGENT UNDER THE PREPETITION SECURED LOAN FACILITY; (D) COUNSEL TO THE AD HOC COMMITTEE FOR THE HOLDERS OF 8.5% SENIOR SUBORDINATED NOTES DUE FEBRUARY 1, 2015; (E) COUNSEL TO THE DEBTOR IN POSSESSION LENDERS; (F) THOSE PARTIES IN INTEREST WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002 ON OR PRIOR TO THE DATE OF THIS NOTICE; (G) THE INTERNAL REVENUE SERVICE; (H) COUNSEL TO THE EQUITY COMMITTEE; (I) THE SECURITIES AND EXCHANGE COMMISSION; AND (J) THE EXECUTORY CONTRACT PARTIES LISTED ON PLAN SCHEDULE 5

PLEASE TAKE NOTICE that on December 21, 2009, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Third Amended Joint Plan of Reorganization for Accuride Corporation, et al.* dated December 18, 2009 (the "Third Amended Plan") [Docket No. 448] and the *Disclosure Statement for the Third Amended Joint Plan of Reorganization for Accuride Corporation, et al.* dated December 18, 2009 (the "Third Amended Disclosure Statement") [Docket No. 449]. You were previously served with the Third Amended Plan and the Third Amended Disclosure Statement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Accuride Corporation, a Delaware corporation (9077); Accuride Cuyahoga Falls, Inc., a Delaware corporation (9556); Accuride Distributing, LLC, a Delaware limited liability company (3124); Accuride EMI, LLC, a Delaware limited liability company (N/A); Accuride Erie L.P., a Delaware limited partnership (4862); Accuride Henderson Limited Liability Company, a Delaware limited liability company (8596); AKW General Partner L.L.C., a Delaware limited liability company (4861); AOT Inc., a Delaware corporation (3088); Bostrom Holdings, Inc., a Delaware corporation (9282); Bostrom Seating, Inc., a Delaware corporation (7179); Bostrom Specialty Seating, Inc., a Delaware corporation (4182); Brillion Iron Works, Inc., a Delaware corporation (6942); Erie Land Holding, Inc., a Delaware corporation (8018); Fabco Automotive Corporation, a Delaware corporation (9802); Gunite Corporation, a Delaware corporation (9803); Imperial Group Holding Corp. -1, a Delaware corporation (4007); Imperial Group Holding Corp. -2, a Delaware corporation (4009); Imperial Group, L.P., a Delaware limited partnership (4012); JAII Management Company, a Delaware corporation (N/A); Transportation Technologies Industries, Inc., a Delaware corporation (2791); and Truck Components Inc., a Delaware corporation (5407). The mailing address for Accuride Corporation is 7140 Office Circle, Evansville, Indiana 47715.

PLEASE TAKE FURTHER NOTICE that, as referenced in the Third Amended Plan, attached hereto are the following documents comprising the Plan Supplement in substantially final form:

- Exhibit I – Plan Schedule 2, Non-Exclusive List of Litigation Claims Retained by the Reorganized Debtors
- Exhibit II – Plan Schedule 3, Non-Released Parties
- Exhibit III – Plan Schedule 4, New Board of Reorganized Accuride
- Exhibit IV – Plan Schedule 5, Non-Exclusive List of Rejected Executory Contracts and Unexpired Leases
- Exhibit V – Plan Exhibit C, New Indenture

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement.

Dated: January 15, 2010
Wilmington, Delaware

Respectfully Submitted,

/s/ Kara Hammond Coyle
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Caroline A. Reckler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION