ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 09-13449 (BLS) |
| ACCURIDE CORPORATION, et al.,[1] | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER (A) COMPELLING THE *AD HOC* NOTEHOLDER GROUP TO COMPLY WITH FED. R. BANKR. P. 2019; (B) PROHIBITING FURTHER PARTICIPATION IN THESE CASES BY THE *AD HOC* NOTEHOLDER GROUP PENDING COMPLIANCE WITH FED. R. BANKR. P. 2019; AND (C) DIRECTING THE DEBTORS TO WITHHOLD FURTHER PAYMENTS TO OR ON BEHALF OF SUCH GROUP PENDING COMPLIANCE WITH FED. R. BANKR. P. 2019

Upon the Motion,[2] dated January 4, 2010 (the "Motion"), of the Official Committee of Equity Security Holders (the "Equity Committee") for an order (a) compelling the *Ad Hoc* Noteholder Group to comply with Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"), (b) prohibiting further participation in these cases by the *Ad Hoc* Noteholder Group pending compliance with Rule 2019 and (c) directing the Debtors to withhold further payments to or on behalf of such group pending compliance with Rule 2019; and after due deliberation and sufficient cause appearing; and after notice and a hearing held to consider the Motion; and for the reasons stated in open Court; therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Accuride Corporation, a Delaware corporation (9077); Accuride Cuyahoga Falls, Inc., a Delaware corporation (9556); Accuride Distributing, LLC, a Delaware limited liability company (3124); Accuride EMI, LLC, a Delaware limited liability company (N/A); Accuride Erie L.P., a Delaware limited partnership (4862); Accuride Henderson Limited Liability Company, a Delaware limited liability company (8596); AKW General Partner L.L.C., a Delaware limited liability company (4861); AOT Inc., a Delaware corporation (3088); Bostrom Holdings, Inc., a Delaware corporation (9282); Bostrom Seating, Inc., a Delaware corporation (7179); Bostrom Specialty Seating, Inc., a Delaware corporation (4182); Brillion Iron Works, Inc., a Delaware corporation (6942); Erie Land Holding, Inc., a Delaware corporation (8018); Fabco Automotive Corporation, a Delaware corporation (9802); Gunite Imperial Group Holding Corp. -2, a Delaware corporation (4009); Imperial Group, L.P., a Delaware limited partnership (4012); JAII Management Company, a Delaware corporation (N/A); Transportation Technologies Industries, Inc., a Delaware corporation (2791); and Truck Components Inc., a Delaware corporation (5407).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that the Motion is granted; and it is further

ORDERED, that the *Ad Hoc* Noteholder Group is compelled to comply with Bankruptcy Rule 2019 by filing a full and complete Rule 2019 Statement; and it is further

ORDERED, that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
January 22, 2010

The Honorable Brendan L. Shannon
United States Bankruptcy Judge