IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ACCURIDE CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-13449 (BLS) <br><br> Jointly Administered |

**NOTICE OF (A) THE ENTRY OF AN ORDER CONFIRMING DEBTORS'
THIRD AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE; (B) THE EFFECTIVE DATE OF THE PLAN;
(C) THE SUBSTANTIAL CONSUMMATION OF THE PLAN; AND
<u>(D) BAR DATES FOR CERTAIN CLAIMS</u>**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. <u>**Confirmation of the Plan.**</u> The above-captioned debtors and debtors in possession (as reorganized, collectively, the "<u>Reorganized Debtors</u>") hereby give notice (the "<u>Notice</u>") that, on February 18, 2010 (the "<u>Confirmation Date</u>"), the Honorable Brendan L. Shannon, United States Bankruptcy Judge, entered the Order Confirming Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "<u>Confirmation Order</u>") [Docket No. 856]. Unless otherwise defined in the Notice, capitalized terms used herein have the meanings set forth in the Third Amended Joint Plan of Reorganization for Accuride Corporation, *et al.* (the "<u>Plan</u>") [Docket No. 448].

2. <u>**Effective Date.**</u> Pursuant to the Confirmation Order, the Reorganized Debtors hereby certify and give notice that the Plan became effective in accordance with its terms, and the Effective Date occurred, on February 26, 2010 (the "<u>Effective Date</u>").

3. <u>**Substantial Consummation.**</u> The Reorganized Debtors hereby give notice that, pursuant to section 1101(2) of the Bankruptcy Code, the Plan has been substantially consummated.

4. <u>**Effect of the Occurrence of the Effective Date.**</u> Pursuant to section 1141 of the Bankruptcy Code, and except as otherwise provided in the confirmed Plan or the Confirmation Order, upon the occurrence of the Effective Date, the distributions and rights provided in the Plan and the treatment of Claims and Interests under the Plan, shall be in exchange for, and in complete satisfaction, discharge, and release of all Claims against and Interests in the Debtors. The provisions of the confirmed Plan and the

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Accuride Corporation, a Delaware corporation (9077); Accuride Cuyahoga Falls, Inc., a Delaware corporation (9556); Accuride Distributing, LLC, a Delaware limited liability company (3124); Accuride EMI, LLC, a Delaware limited liability company (N/A); Accuride Erie L.P., a Delaware limited partnership (4862); Accuride Henderson Limited Liability Company, a Delaware limited liability company (8596); AKW General Partner L.L.C., a Delaware limited liability company (4861); AOT Inc., a Delaware corporation (3088); Bostrom Holdings, Inc., a Delaware corporation (9282); Bostrom Seating, Inc., a Delaware corporation (7179); Bostrom Specialty Seating, Inc., a Delaware corporation (4182); Brillion Iron Works, Inc., a Delaware corporation (6942); Erie Land Holding, Inc., a Delaware corporation (8018); Fabco Automotive Corporation, a Delaware corporation (9802); Gunite Corporation, a Delaware corporation (9803); Imperial Group Holding Corp. -1, a Delaware corporation (4007); Imperial Group Holding Corp. -2, a Delaware corporation (4009); Imperial Group, L.P., a Delaware limited partnership (4012); JAII Management Company, a Delaware corporation (N/A); Transportation Technologies Industries, Inc., a Delaware corporation (2791); and Truck Components Inc., a Delaware corporation (5407). The mailing address for Accuride Corporation is 7140 Office Circle, Evansville, Indiana 47715.

Confirmation Order, pursuant to section 1141(a) of the Bankruptcy Code, are binding upon all Persons, including each of the Reorganized Debtors and any and all Holders of Claims or Interests (irrespective of whether such Claims or Interests are Impaired under the Plan or whether the Holders of such Claims or Interests accepted, rejected, or are deemed to have accepted or rejected the Plan), any and all non-debtor parties to executory contracts and unexpired leases with any of the Debtors, and any and all Persons who are parties to or are subject to the settlements, compromises, releases, waivers, discharges and injunctions described in the Plan, and the respective heirs, executors, administrators, trustees, affiliates, officers, directors, agents, representatives, attorneys, beneficiaries, guardians, successors or assigns, if any, of any and all of the foregoing.

5. **Release, Injunction, Exculpation and Indemnification Provisions.** The Plan and Confirmation Order also contain additional protections, including certain release, injunction, exculpation and indemnification provisions, in favor of the Debtors, the Reorganized Debtors, their respective assets, property and estates, and certain other parties, as set forth in greater detail in (among other things) Article X of the confirmed Plan and pages 15-17 of the Confirmation Order, respectively.

6. **Distribution Record Date.** Pursuant to the terms of the confirmed Plan and the Confirmation Order, the Distribution Record Date for purposes of determining the Holders of Allowed Claims and Equity Interests that are entitled to distributions that are required to be made under the Plan on or as soon as reasonably practicable after the Effective Date or as otherwise provided under the Plan was January 29, 2010. Subject to the provisions of the confirmed Plan and the Confirmation Order, the Reorganized Debtors, or other applicable Distribution Agent, will have no obligation to recognize the transfer of, or the sale of any participation in, any Allowed Claim or Allowed Equity Interest that occurs after the close of business on the Distribution Record Date, and will be entitled for all purposes to recognize and distribute only to those Holders of Allowed Claims and Allowed Equity Interests that are Holders of such Claims or Equity Interests, or participants therein, as of the close of business on the Distribution Record Date. The Reorganized Debtors or any other applicable Distribution Agent shall be entitled to recognize and deal for all purposes under the Plan with only those record Holders stated on the Claims Register, or the books and records of the Debtors or the Debtors' applicable agents, as of the close of business on the Distribution Record Date. For purposes of Subordinated Notes Claims, the record Holder thereof as of the Distribution Record Date shall be the nominee of the Depository Trust & Clearing Corporation, as provided on the books and records of the Indenture Trustee.

7. **Bar Date for Certain Administrative Expenses.** Subject to the terms of the confirmed Plan and the Confirmation Order, all requests for payment of any Administrative Claim shall be filed with the Bankruptcy Court and served on the Reorganized Debtors and their counsel at the addresses set forth in Section XII.J of the Plan **not later than April 27, 2010** (*i.e.*, sixty (60) days after the Effective Date) (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims that do not file and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors or the Reorganized Debtors or their Estates and property and such Administrative Claims shall be deemed discharged as of the Effective Date. All such Claims shall, as of the Effective Date, be subject to the permanent injunction set forth in Article X.F of the Plan. Objections to such requests must be Filed and served on the Reorganized Debtors and the requesting party by the later of (a) 120 days after the Effective Date and (b) 60 days after the filing of the applicable request for payment of Administrative Claims, if applicable, as the same may be modified or extended by order of the Bankruptcy Court.

8. **Bar Date for Professional Fee Claims.** Pursuant to the terms of the confirmed Plan and the Confirmation Order, Professionals or other Entities asserting a Professional Fee Claim for services rendered before the Effective Date must file and serve on the Reorganized Debtors and such other Entities

2

who are designated by the Bankruptcy Rules, the Confirmation Order or other order of the Bankruptcy Court an application for final allowance of such Professional Fee Claim no later than **April 27, 2010** (*i.e.*, 60 days after the Effective Date); provided that the Reorganized Debtors shall pay Professionals in the ordinary course of business for any work performed after the Effective Date, including those fees and expenses incurred by Professionals in connection with the implementation and consummation of the Plan, in each case without further application or notice to, or order of, the Bankruptcy Court; provided, further, that any professional who may receive compensation or reimbursement of expenses pursuant to the Ordinary Course Professionals Order may continue to receive such compensation and reimbursement of expenses for services rendered before the Effective Date, without further Bankruptcy Court order, pursuant to the Ordinary Course Professionals Order. Objections to any Professional Fee Claim must be Filed and served on the Reorganized Debtors and the requesting party by the later of (a) 90 days after the Effective Date and (b) 30 days after the filing of the applicable request for payment of the Professional Fee Claim.

9. **Bar Date for Rejection Damages Claims.** Pursuant to the terms of the confirmed Plan and the Confirmation Order, if the rejection by a Debtor, in accordance with the Plan, of an executory contract or unexpired lease results in a Claim, then such Claim shall be forever barred and shall not be enforceable against any Reorganized Debtor, or its properties, unless a Proof of Claim is filed with the Bankruptcy Court and served upon counsel to the Reorganized Debtors at the address specified in Section VI.D of the Plan within thirty (30) days after the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection or unless otherwise ordered by the Bankruptcy Court.

10. **Copies of Plan and Confirmation Order.** Any party-in-interest who wishes to obtain a copy of the Plan, any Exhibits to the Plan, or the Confirmation Order may view and download such documents, free of charge, at the following website: www.accurideinfo.com, or may request such copies by calling 888-478-2068. In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours (8:30 a.m. to 4:00 p.m. weekdays, except legal holidays) at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, or at http://www.deb.uscourts.gov.

Dated: February 26, 2010

| | |
|---|---|
| LATHAM & WATKINS LLP<br>David S. Heller<br>Caroline A. Reckler<br>Suite 5800<br>223 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

Counsel to the Reorganized Debtors