# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ACCURIDE CORPORATION., et al., | Case No. 09-13449 (BLS) |
| Debtors. | Jointly Administered |

## TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(E) AND WAIVER OF NOTICE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and waiver of notice.

| **Transferee**: | **Transferor**: |
|---|---|
| Oak Point Partners, Inc. | Gordon A Rowe Jr, as chapter 7 trustee of Computrex International, Inc. |

**Name and address where notices and payments should be sent:**

Attn: Janice A. Alwin  
Oak Point Partners, Inc.  
PO Box 8338  
Rolling Meadows, IL 60008  
Tel: 847-577-1374  
Fax: 847-655-2746  
Janice@oakpointpartners.com

**Claim No. 652**  
**Amount of Claim: $24,042.97**  
Date Claim Filed: November 27, 2009

The evidence of transfer of claim is attached hereto. A copy of the claims agent website listing the claim is attached.

Assignor has waived any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim, to the Assignee/Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: October 14, 2010            By: _/s/ Janice A. Alwin_  
                                           Transferee's Agent